**Exhibit 3:     Tax information/filing for the debtor**



# Internal Revenue Service — e-services
### DEPARTMENT OF THE TREASURY

```
┌──────────────────────────────────────────────────────────────┐
│        This Product Contains Sensitive Taxpayer Data           │
└──────────────────────────────────────────────────────────────┘
```

## Tax Return Transcript

Request Date: 07-08-2009
Response Date: 07-08-2009
Tracking Number: 100047201065

SSN Provided:      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
Tax Period Ending: Dec. 31, 2007

The following items reflect the amount as shown on the return
(PR), and the amount as adjusted (PC), if applicable. They do
not show subsequent activity on the account.

SSN: 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       SPOUSE SSN: 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
NAME(S) SHOWN ON RETURN: CHARLES W & HEATHER L TAFT
ADDRESS:           PO BOX 8323
                   ASHEVILLE, NC 28814-8323-236

FILING STATUS:         Married Filing Joint
FORM NUMBER:                        1040
CYCLE POSTED:                   20083408
RECEIVED DATE:         Aug. 31, 2008
REMITTANCE:                         0.00
EXEMPTION NUMBER:                      3
DEPENDENT 1 NAME CTRL:              TAFT
DEPENDENT 1 SSN:           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
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:
PREPARER EIN:

## Income
WAGES, SALARIES, TIPS, ETC:                         $ 1,200.00
TAXABLE INTEREST INCOME: SCH B:                     $ 0.00
TAX-EXEMPT INTEREST:                                $ 0.00
ORDINARY DIVIDEND INCOME: SCH B:                    $ 0.00
QUALIFIED DIVIDENDS:                                $ 0.00
REFUNDS OF STATE/LOCAL TAXES:                       $ 0.00
ALIMONY RECEIVED:                                   $ 0.00
```

| | |
|---|---|
| BUSINESS INCOME OR LOSS (Schedule C): | $ -3,051.00 |
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $ -3,051.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $ 0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $ 0.00 |
| OTHER GAINS OR LOSSES (Form 4797): | $ 0.00 |
| TOTAL IRA DISTRIBUTIONS: | $ 0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $ 0.00 |
| TOTAL PENSIONS AND ANNUITIES: | $ 0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $ 0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E): | $ 91,154.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER: | $ 91,154.00 |
| RENT/ROYALTY INCOME/LOSS PER COMPUTER: | $ 48,052.00 |
| ESTATE/TRUST INCOME/LOSS PER COMPUTER: | $ 0.00 |
| PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER: | $ 43,102.00 |
| FARM INCOME OR LOSS (Schedule F): | $ 0.00 |
| FARM INCOME OR LOSS (Schedule F) PER COMPUTER: | $ 0.00 |
| UNEMPLOYMENT COMPENSATION: | $ 0.00 |
| TOTAL SOCIAL SECURITY BENEFITS: | $ 0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS: | $ 0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $ 0.00 |
| OTHER INCOME: | $ 0.00 |
| SCHEDULE EIC SE INCOME PER COMPUTER: | $ 0.00 |
| SCHEDULE EIC EARNED INCOME PER COMPUTER: | $ 0.00 |
| SCH EIC DISQUALIFIED INC COMPUTER: | $ 0.00 |
| TOTAL INCOME: | $ 89,303.00 |
| TOTAL INCOME PER COMPUTER: | $ 89,303.00 |

## Adjustments to Income

| | |
|---|---|
| EDUCATOR EXPENSES: | $ 0.00 |
| EDUCATOR EXPENSES PER COMPUTER: | $ 0.00 |
| RESERVIST AND OTHER BUSINESS EXPENSE: | $ 0.00 |
| HEALTH SAVINGS ACCT DEDUCTION: | $ 0.00 |
| HEALTH SAVINGS ACCT DEDUCTION PER COMPTR: | $ 0.00 |
| MOVING EXPENSES: F3903: | $ 0.00 |
| SELF EMPLOYMENT TAX DEDUCTION: | $ 0.00 |
| SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER: | $ 0.00 |
| KEOGH/SEP CONTRIBUTION DEDUCTION: | $ 0.00 |
| SELF-EMP HEALTH INS DEDUCTION: | $ 0.00 |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $ 0.00 |
| ALIMONY PAID SSN: | |
| ALIMONY PAID: | $ 0.00 |
| IRA DEDUCTION: | $ 0.00 |
| IRA DEDUCTION PER COMPUTER: | $ 0.00 |
| STUDENT LOAN INTEREST DEDUCTION: | $ 0.00 |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $ 0.00 |
| TUITION AND FEES DEDUCTION: | $ 0.00 |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $ 0.00 |
| DOMESTIC PRODUCTION ACTIVITIES DEDUCTION: | $ 0.00 |
| OTHER ADJUSTMENTS: | $ 0.00 |

| | |
|---|---|
| PER MSA DEDUCTION: | $ 0.00 |
| ARCHER MSA DEDUCTION PER COMPUTER: | $ 0.00 |
| TOTAL ADJUSTMENTS: | $ 0.00 |
| TOTAL ADJUSTMENTS PER COMPUTER: | $ 0.00 |
| ADJUSTED GROSS INCOME: | $ 89,303.00 |
| ADJUSTED GROSS INCOME PER COMPUTER: | $ 89,303.00 |

## Tax and Credits

| | |
|---|---|
| 65-OR-OVER: | 0 |
| BLIND: | 0 |
| SPOUSE 65-OR-OVER: | 0 |
| SPOUSE BLIND: | 0 |
| STANDARD DEDUCTION PER COMPUTER: | $ 0.00 |
| ADDITIONAL STANDARD DEDUCTION PER COMPUTER: | $ 0.00 |
| TAX TABLE INCOME PER COMPUTER: | $ 55,186.00 |
| EXEMPTION AMOUNT PER COMPUTER: | $ 10,200.00 |
| TAXABLE INCOME: | $ 44,986.00 |
| TAXABLE INCOME PER COMPUTER: | $ 44,986.00 |
| TOTAL POSITIVE INCOME PER COMPUTER: | $ 103,022.00 |
| TENTATIVE TAX: | $ 5,964.00 |
| TENTATIVE TAX PER COMPUTER: | $ 5,964.00 |
| FORM 8814 ADDITIONAL TAX AMOUNT: | $ 0.00 |
| TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER: | $ 0.00 |
| FORM 6251 ALTERNATIVE MINIMUM TAX: | $ 0.00 |
| FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER: | $ 0.00 |
| FOREIGN TAX CREDIT: | $ 0.00 |
| FOREIGN TAX CREDIT PER COMPUTER: | $ 0.00 |
| FOREIGN INCOME EXCLUSION PER COMPUTER: | $ 0.00 |
| FOREIGN INCOME EXCLUSION TAX PER COMPUTER:: | $ 0.00 |
| CHILD & DEPENDENT CARE CREDIT: | $ 0.00 |
| CHILD & DEPENDENT CARE CREDIT PER COMPUTER: | $ 0.00 |
| CREDIT FOR ELDERLY AND DISABLED: | $ 0.00 |
| CREDIT FOR ELDERLY AND DISABLED PER COMPUTER: | $ 0.00 |
| EDUCATION CREDIT: | $ 0.00 |
| EDUCATION CREDIT PER COMPUTER: | $ 0.00 |
| GROSS EDUCATION CREDIT PER COMPUTER: | $ 0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT: | $ 0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER: | $ 0.00 |
| PRIM RET SAV CNTRB: F8880 LN6A: | $ 0.00 |
| SEC RET SAV CNTRB: F8880 LN6B: | $ 0.00 |
| TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR: | $ 0.00 |
| RESIDENTIAL ENERGY CREDIT: | $ 0.00 |
| RESIDENTIAL ENERGY CREDIT PER COMPUTER: | $ 0.00 |
| CHILD TAX CREDIT: | $ 0.00 |
| CHILD TAX CREDIT PER COMPUTER: | $ 1,000.00 |
| ADOPTION CREDIT: F8839: | $ 0.00 |
| ADOPTION CREDIT PER COMPUTER: | $ 0.00 |
| DC 1ST TIME HOMEBUYERS CREDIT: | $ 0.00 |
| DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER: | $ 0.00 |

| | |
|---|---|
| FORM 8396 MORTGAGE CERTIFICATE CREDIT: | $ 0.00 |
| FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER: | $ 0.00 |
| F8396 AND F8859 CREDITS: | $ 0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS: | $ 0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER: | $ 0.00 |
| FORM 1040C CREDIT: | $ 0.00 |
| PRIOR YR MIN TAX CREDIT: F8801: | $ 0.00 |
| PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER: | $ 0.00 |
| TENTATIVE EMPOWERMENT ZONE CREDIT: F8844: | $ 0.00 |
| EMPOWERMENT ZONE CREDIT: F8844: | $ 0.00 |
| OTHER CREDITS: | $ 0.00 |
| TOTAL CREDITS: | $ 0.00 |
| TOTAL CREDITS PER COMPUTER: | $ 1,000.00 |
| INCOME TAX AFTER CREDITS PER COMPUTER: | $ 4,964.00 |

## Other Taxes

| | |
|---|---|
| SE TAX: | $ 0.00 |
| SE TAX PER COMPUTER: | $ 0.00 |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS: | $ 0.00 |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER: | $ 0.00 |
| TAX ON QUALIFIED PLANS F5329 (PR): | $ 0.00 |
| TAX ON QUALIFIED PLANS F5329 PER COMPUTER: | $ 0.00 |
| IRAF TAX PER COMPUTER: | $ 0.00 |
| TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER: | $ 5,964.00 |
| IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER: | $ 4,964.00 |
| ADVANCED EARNED INCOME CREDIT: | $ 0.00 |
| UNPAID FICA ON REPORTED TIPS: | $ 0.00 |
| FORM 4970 ACCUMULATION DISTRIBUTION OF TRUSTS:: | $ 0.00 |
| RECAPTURE TAX: F8611: | $ 0.00 |
| HOUSEHOLD EMPLOYMENT TAXES: | $ 0.00 |
| HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER: | $ 0.00 |
| RECAPTURE TAXES: | $ 0.00 |
| TOTAL ASSESSMENT PER COMPUTER: | $ 4,964.00 |
| TOTAL TAX LIABILITY TP FIGURES: | $ 5,964.00 |
| TOTAL TAX LIABILITY TP FIGURES PER COMPUTER: | $ 4,964.00 |

## Payments

| | |
|---|---|
| FEDERAL INCOME TAX WITHHELD: | $ 0.00 |
| ESTIMATED TAX PAYMENTS: | $ 0.00 |
| EARNED INCOME CREDIT: | $ 0.00 |
| EARNED INCOME CREDIT PER COMPUTER: | $ 0.00 |
| PRIOR YEAR EARNED INCOME: | $ 0.00 |
| FORM 8812 PRIOR YEAR EARNED INCOME CREDIT ELECT IND: | |
| FORM 8812 PRIOR YEAR EARNED INCOME CREDIT: | $ 0.00 |
| NONTAXABLE COMBAT PAY ELECTION: | $ 0.00 |
| FORM 8812 NONTAXABLE COMBAT PAY: | $ 0.00 |
| EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD: | $ 0.00 |
| TOT SS/MEDICARE WITHHELD: F8812: | $ 0.00 |

FORM 8812 ADDITIONAL CHILD TAX CREDIT:                             $ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:               $ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:                   $ 0.00
AMOUNT PAID WITH FORM 4868:                                       $ 0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:                    $ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:                        $ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:           $ 0.00
HEALTH COVERAGE TX CR: F8885:                                     $ 0.00
FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX::             $ 0.00
FEDERAL PHONE EXCISE TAX CREDIT PER COMPUTER:                     $ 0.00
FORM 8913 PHONE EXCISE TAX PER COMPUTER:                          $ 0.00
FEDERAL PHONE EXCISE TAX CREDIT AMOUNT:                           $ 0.00
FEDERAL PHONE EXCISE TAX CREDIT VERIFIED AMOUNT:                  $ 0.00
TOTAL PAYMENTS:                                                   $ 0.00
TOTAL PAYMENTS PER COMPUTER:                                      $ 0.00

## Refund or Amount Owed

AMOUNT YOU OWE:                                                   $ 5,964.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:                             $ 0.00
ESTIMATED TAX PENALTY:                                            $ 0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:                     $ 0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                      $ 5,964.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                         $ 4,964.00
FORM 8888 TOTAL DEPOSIT PER COMPUTER:                             $ 0.00

## Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:
THIRD PARTY DESIGNEE NAME:

## Schedule A--Itemized Deductions

### MEDICAL/DENTAL
MEDICAL AND DENTAL EXPENSES:                                      $ 6,385.00
AGI PERCENTAGE LIMITATION PER COMPUTER:                           $ 6,697.00
NET MEDICAL DEDUCTION:                                            $ 0.00
NET MEDICAL DEDUCTION PER COMPUTER:                               $ 0.00

### TAXES PAID
STATE AND LOCAL INCOME TAXES:                                     $ 699.00
INCOME TAX OR GENERAL SALES TAX:                         General Sales Tax
REAL ESTATE TAXES:                                                $ 0.00
SCH A TAX DEDUCTIONS:                                             $ 983.00

### INTEREST PAID
MORTGAGE INTEREST (FINANCIAL):                                    $ 27,189.00
MORTGAGE INTEREST (INDIVIDUAL):                                   $ 0.00
DEDUCTIBLE POINTS:                                                $ 0.00
QUALIFIED MORTGAGE INSURANCE PREMIUMS:                            $ 0.00
DEDUCTIBLE INVESTMENT INTEREST:                                   $ 0.00
TOTAL INTEREST DEDUCTION:                                         $ 27,189.00

TTL INTEREST DEDUCTION PER COMPUTER:                        $ 21,169.00

**CHARITABLE CONTRIBUTIONS**
CASH CONTRIBUTIONS:                                         $ 2,500.00
ELECTED QUALIFIED CASH CONTRIBUTIONS:                       $ 0.00
OTHER THAN CASH: Form 8283:                                 $ 0.00
CARRYOVER FROM PRIOR YEAR:                                  $ 0.00
SCH A TOTAL CONTRIBUTIONS:                                  $ 2,500.00
SCH A TOTAL CONTRIBUTIONS PER COMPUTER:                     $ 2,500.00

**CASUALTY AND THEFT LOSS**
CASUALTY OR THEFT LOSS:                                     $ 0.00

JOBS AND MISCELLANEOUS
TOTAL LIMITED MISC EXPENSES:                                $ 5,231.00
NET LIMITED MISC DEDUCTION:                                 $ 3,445.00
NET LIMITED MISC DEDUCTION PER COMPUTER:                    $ 3,445.00

**OTHER MISCELLANEOUS**
OTHER THAN GAMBLING AMOUNT:                                 $ 0.00
OTHER MISC DEDUCTIONS:                                      $ 0.00

**TOTAL ITEMIZED DEDUCTIONS**
TOTAL ITEMIZED DEDUCTIONS:                                  $ 34,117.00
TOTAL ITEMIZED DEDUCTIONS PER COMPUTER:                     $ 34,117.00
ELECT ITEMIZED DEDUCTION INDICATOR:
SCH A ITEMIZED PERCENTAGE PER COMPUTER:                     $ 0.00
OTHER TAXES AMOUNT:                                         $ 0.00
UNREIMBURSED EMPLOYEE EXPENSE AMOUNT:                       $ 5,231.00

# Schedule C--Profit or Loss From Business (Occurrence #: 1)

SOCIAL SECURITY NUMBER:                                     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
EMPLOYER ID NUMBER:
BUSINESS NAME:
DESCRIPTION OF BUSINESS/PROFESSION:                         WEBSITE
NAICS CODE:                                                 541510
ACCT MTHD:                                                  Cash
FIRST TIME SCHEDULE C FILED:                                N
STATUTORY EMPLOYEE IND:                                     N

**INCOME**
GROSS RECEIPTS OR SALES:                                    $ 0.00
RETURNS AND ALLOWANCES:                                     $ 0.00
NET GROSS RECEIPTS:                                         $ 0.00
COST OF GOODS SOLD:                                         $ 0.00
OTHER INCOME:                                               $ 0.00

**EXPENSES**
CAR AND TRUCK EXPENSES:                                     $ 2,211.00
DEPRECIATION:                                               $ 0.00
INSURANCE (OTHER THAN HEALTH):                              $ 0.00
MORTGAGE INTEREST:                                          $ 0.00

| | |
|---|---|
| LEGAL AND PROFESSIONAL SERVICES: | $ 0.00 |
| REPAIRS AND MAINTENANCE: | $ 0.00 |
| TRAVEL: | $ 494.00 |
| MEALS-AND-ENTERTAINMENT: | $ 113.00 |
| WAGES: | $ 0.00 |
| OTHER EXPENSES: | $ 0.00 |
| TOTAL EXPENSES: | $ 3,219.00 |
| EXP FOR BUSINESS USE OF HOME: | $ 0.00 |
| SCH C NET PROFIT OR LOSS PER COMPUTER: | $ -3,219.00 |
| AT RISK CD: | All investment at risk |
| OFFICE EXPENSE AMOUNT: | $ 0.00 |
| UTILITIES EXPENSE AMOUNT: | $ 0.00 |
| COST OF GOODS SOLD | |
| INVENTORY AT BEGINNING OF YEAR: | $ 0.00 |
| INVENTORY AT END OF YEAR: | $ 0.00 |

## Schedule C--Profit or Loss From Business (Occurrence #: 2)

| | |
|---|---|
| SOCIAL SECURITY NUMBER: | 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 |
| EMPLOYER ID NUMBER: | |
| BUSINESS NAME: | |
| DESCRIPTION OF BUSINESS/PROFESSION: | MUSICIAN |
| NAICS CODE: | 711510 |
| ACCT MTHD: | Cash |
| FIRST TIME SCHEDULE C FILED: | N |
| STATUTORY EMPLOYEE IND: | N |

### INCOME

| | |
|---|---|
| GROSS RECEIPTS OR SALES: | $ 18,434.00 |
| RETURNS AND ALLOWANCES: | $ 0.00 |
| NET GROSS RECEIPTS: | $ 18,434.00 |
| COST OF GOODS SOLD: | $ 0.00 |
| OTHER INCOME: | $ 0.00 |

### EXPENSES

| | |
|---|---|
| CAR AND TRUCK EXPENSES: | $ 2,129.00 |
| DEPRECIATION: | $ 14,500.00 |
| INSURANCE (OTHER THAN HEALTH): | $ 0.00 |
| MORTGAGE INTEREST: | $ 0.00 |
| LEGAL AND PROFESSIONAL SERVICES: | $ 0.00 |
| REPAIRS AND MAINTENANCE: | $ 0.00 |
| TRAVEL: | $ 0.00 |
| MEALS-AND-ENTERTAINMENT: | $ 0.00 |
| WAGES: | $ 0.00 |
| OTHER EXPENSES: | $ 0.00 |
| TOTAL EXPENSES: | $ 18,266.00 |
| EXP FOR BUSINESS USE OF HOME: | $ 0.00 |
| SCH C NET PROFIT OR LOSS PER COMPUTER: | $ 168.00 |
| AT RISK CD: | All investment at risk |
| OFFICE EXPENSE AMOUNT: | $ 0.00 |

| | |
|---|---|
| UTILITIES EXPENSE AMOUNT: | $ 0.00 |

**COST OF GOODS SOLD**

| | |
|---|---|
| INVENTORY AT BEGINNING OF YEAR: | $ 0.00 |
| INVENTORY AT END OF YEAR: | $ 0.00 |

## Schedule E---Supplemental Income and Loss

**INCOME OR LOSS FROM RENTAL REAL ESTATE AND ROYALTIES**

| | |
|---|---|
| PRSNL USE OF RENTAL VAC PROP: | 1 |
| TOTAL RENTS RECEIVED: | $ 170,715.00 |
| TOTAL ROYALTIES RECEIVED: | $ 0.00 |
| MORTGAGE INTEREST PAID: | $ 70,795.00 |
| TOTAL RENTAL EXPENSE DEDUCTION: | $ 102,024.00 |
| RENTAL DEPRECIATION EXP OR DEPLETION: | $ 20,639.00 |
| RENT & ROYALTY INCOME: | $ 58,552.00 |
| RENT & ROYALTY LOSSES: | $ 10,500.00 |
| REPAIRS EXPENSE COLUMN A: | $ 8,863.00 |
| REPAIRS EXPENSE COLUMN B: | $ 0.00 |
| REPAIRS EXPENSE COLUMN C: | $ 0.00 |

**INCOME OR LOSS FROM PARTNERSHIPS AND S CORPS**

| | |
|---|---|
| PRTSHP/CORP PASSIVE INCOME: | $ 0.00 |
| PRTSHP/CORP NONPASSIVE INCOME: | $ 43,102.00 |
| PRTSHP/CORP PASSIVE LOSS: | $ 0.00 |
| PRTSHP/CORP NONPASSIVE LOSS: | $ 0.00 |
| PARTNERSHIP INCOME: | $ 43,102.00 |
| PARTNERSHIP LOSS: | $ 0.00 |

**INCOME OR LOSS FROM ESTATES AND TRUSTS**

| | |
|---|---|
| ESTATE/TRUST PASSIVE INCOME: | $ 0.00 |
| ESTATE/TRUST PASSIVE LOSS: | $ 0.00 |
| ESTATE AND TRUST INCOME: | $ 0.00 |
| ESTATE AND TRUST LOSS: | $ 0.00 |
| PASSIVE LOSS NOT REPORTED ON F8582: | 2 |
| SCH K1 ES PAYMENT INDICATOR: | N |

**INCOME OR LOSS FROM REAL ESTATE MORTGAGE INVESTMENT CONDUITS**

| | |
|---|---|
| REAL ESTATE MORTGAGE INCOME/LOSS: | $ 0.00 |

**SUMMARY**

| | |
|---|---|
| NET FARM RENT INCOME/LOSS: | $ 0.00 |
| GROSS FARMING & FISHING INCOME: | $ 0.00 |

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART III - ALLOWABLE EDUCATION CREDITS**

| | |
|---|---|
| GROSS EDUCATION CR PER COMPUTER: | $ 0.00 |
| TOTAL EDUCATION CREDIT AMOUNT: | $ 0.00 |
| TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER: | $ 0.00 |

This Product Contains Sensitive Taxpayer Data

**Exhibit 4:**

**Monthly rental statements**

**from property manager for**

**Properties 1, 2 and 3 for January 2009-January, 2010**

**Asheville Cultural Arts Center**

**For the Period Ended June 30, 2010**

| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 4,618.00 | $ 28,685.00 |
| Late Fees & Penalties | 45.00 | 380.00 |
| Subtotal | $ 4,663.00 | $ 29,065.00 |
| **Payments to Owners** | | |
| Subtotal | | |
| **Operating Expenses** | | |
| Utilities | | $ 469.59 |
| Management Fees | 466.30 | 2,906.50 |
| Management Repair Fee | | 440.09 |
| Repair and Maintenance | | 1,666.61 |
| Plumbing Repairs | | 4,047.35 |
| Cleaning | | 175.00 |
| Landscaping | 270.00 | 540.00 |
| Trash Pickup Fee | 219.85 | 1,304.25 |
| HVAC Service and Repair | | 930.50 |
| Appliance Purchase | | 206.24 |
| Advertising | 39.80 | 135.74 |
| Eviction Expenses | | 125.00 |
| Subtotal | $ 995.95 | $ 12,946.87 |
| **Other Income and Expenses** | | |
| Subtotal | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| **Due To (From) Owners** | $ 3,667.05 | $ 16,118.13 |

## Monthly Owner Statement
### Asheville Cultural Arts Center

### For the Period Ended May 31, 2010

| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 6,981.00 | $ 24,067.00 |
| Late Fees & Penalties | 95.00 | 335.00 |
| Subtotal | $ 7,076.00 | $ 24,402.00 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Utilities | | |
| Management Fees | $ 469.59 | $ 469.59 |
| Management Repair Fee | 707.60 | 2,440.20 |
| Repair and Maintenance | | 440.09 |
| Plumbing Repairs | 239.75 | 1,666.61 |
| Cleaning | | 4,047.35 |
| Landscaping | 75.00 | 175.00 |
| Trash Pickup Fee | 180.00 | 270.00 |
| HVAC Service and Repair | 218.57 | 1,084.40 |
| Appliance Purchase | | 930.50 |
| Advertising | | 206.24 |
| Eviction Expenses | | 95.94 |
| Subtotal | | 125.00 |
| | $ 1,890.51 | $ 11,950.92 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| **Due To (From) Owners** | | |
| | $ 5,185.49 | $ 12,451.08 |

Monthly Owner Statement
Asheville Cultural Arts Center

**For the Period Ended April 30, 2010**



| Account<br>Title | Current Month<br>Activity | Y-T-D<br>Activity |
|---|---|---|
| *Income* | | |
| Rental Income | $ 3,596.00 | $ 17,086.00 |
| Late Fees & Penalties | 45.00 | 240.00 |
| Subtotal | $ 3,641.00 | $ 17,326.00 |
| | | |
| *Payments to Owners* | | |
| Subtotal | | |
| | | |
| *Operating Expenses* | | |
| Management Fees | $ 364.10 | $ 1,732.60 |
| Management Repair Fee | 44.00 | 440.09 |
| Repair and Maintenance | 444.97 | 1,426.86 |
| Plumbing Repairs | 440.00 | 4,047.35 |
| Cleaning | | 100.00 |
| Landscaping | 90.00 | 90.00 |
| Trash Pickup Fee | 217.49 | 865.83 |
| HVAC Service and Repair | | 930.50 |
| Appliance Purchase | 206.24 | 206.24 |
| Advertising | 27.50 | 95.94 |
| Eviction Expenses | 40.00 | 125.00 |
| Subtotal | $ 1,874.30 | $ 10,060.41 |
| | | |
| *Other Income and Expenses* | | |
| Subtotal | | |
| | | |
| *Capital Expenditures* | | |
| Subtotal | | |
| | | |
| ***Due To (From) Owners*** | $ 1,766.70 | $ 7,265.59 |

**Monthly Owner Statement**
**Asheville Cultural Arts Center**

**For the Period Ended March 31, 2010**

| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 3,990.00 | $ 13,490.00 |
| Late Fees & Penalties | 65.00 | 195.00 |
| Subtotal | $ 4,055.00 | $ 13,685.00 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Management Fees | $ 405.50 | $ 1,368.50 |
| Management Repair Fee | 23.50 | 396.09 |
| Repair and Maintenance | 457.53 | 981.89 |
| Plumbing Repairs | 235.00 | 3,607.35 |
| Cleaning | | 100.00 |
| Trash Pickup Fee | 216.52 | 648.34 |
| HVAC Service and Repair | | 930.50 |
| Advertising | | 68.44 |
| Eviction Expenses | | 85.00 |
| Subtotal | $ 1,338.05 | $ 8,186.11 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| **Due To (From) Owners** | $ 2,716.95 | $ 5,498.89 |

FILE

Asheville Cultural Arts Center

### For the Period Ended February 28, 2010

| Account<br>Title | Current Month<br>Activity | Y-T-D<br>Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 3,688.00 | $ 9,500.00 |
| Late Fees & Penalties | 17.00 | 130.00 |
| Subtotal | $ 3,705.00 | $ 9,630.00 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Management Fees | $ 370.50 | $ 963.00 |
| Management Repair Fee | | 372.59 |
| Repair and Maintenance | 156.25 | 524.36 |
| Plumbing Repairs | 40.00 | 3,372.35 |
| Cleaning | | 100.00 |
| Trash Pickup Fee | 215.77 | 431.82 |
| HVAC Service and Repair | 342.50 | 930.50 |
| Advertising | 39.11 | 68.44 |
| Eviction Expenses | 85.00 | 85.00 |
| Subtotal | $ 1,249.13 | $ 6,848.06 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| ***Due To (From) Owners*** | $ 2,455.87 | $ 2,781.94 |

Pd
2-17-2010
CK #
8737

< 800.00 >

1655.87

Monthly Owner's Statement of
Asheville Cultural Arts Center

**For the Period Ended January 31, 2010**

| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 5,812.00 | $ 5,812.00 |
| Late Fees & Penalties | 113.00 | 113.00 |
| Subtotal | $ 5,925.00 | $ 5,925.00 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Management Fees | $ 592.50 | $ 592.50 |
| Management Repair Fee | 372.59 | 372.59 |
| Repair and Maintenance | 368.11 | 368.11 |
| Plumbing Repairs | 3,332.35 | 3,332.35 |
| Cleaning | 100.00 | 100.00 |
| Trash Pickup Fee | 216.05 | 216.05 |
| HVAC Service and Repair | 588.00 | 588.00 |
| Advertising | 29.33 | 29.33 |
| Subtotal | $ 5,598.93 | $ 5,598.93 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| **Due To (From) Owners** | $ 326.07 | $ 326.07 |

Asheville Cultural Arts Center

### For the Period Ended December 31, 2009

| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 5,560.00 | $ 57,760.50 |
| Late Fees & Penalties | 70.00 | 975.00 |
| Subtotal | $ 5,630.00 | $ 58,735.50 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Utilities | $ 16.55 | $ 937.01 |
| Water/Sewer System Repairs | | 275.00 |
| Management Fees | 563.00 | 5,877.55 |
| Management Repair Fee | | 56.50 |
| Repair and Maintenance | 902.17 | 3,930.90 |
| Plumbing Repairs | | 628.50 |
| Cleaning | 60.00 | 695.00 |
| Landscaping | | 1,440.00 |
| Dump Fee | | 100.00 |
| Trash Pickup Fee | 202.87 | 1,180.25 |
| Keying (rekeying propertie | | 4.00 |
| Exterminating costs | | 185.00 |
| Appliance Purchase | | 145.46 |
| Advertising | | 195.57 |
| Eviction Expenses | 85.00 | 398.00 |
| Subtotal | $ 1,829.59 | $ 16,048.74 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| **Due To (From) Owners** | $ 3,800.41 | $ 42,686.76 |

## Monthly Owner Statement
### Asheville Cultural Arts Center

**For the Period Ended November 30, 2009**

| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 2,795.00 | $ 52,200.50 |
| Late Fees & Penalties | 20.00 | 905.00 |
| Subtotal | $ 2,815.00 | $ 53,105.50 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Utilities | $ 77.23 | $ 920.46 |
| Water/Sewer System Repairs | | 275.00 |
| Management Fees | 281.50 | 5,314.55 |
| Management Repair Fee | | 56.50 |
| Repair and Maintenance | 236.13 | 3,028.73 |
| Plumbing Repairs | 30.00 | 628.50 |
| Cleaning | | 635.00 |
| Landscaping | 90.00 | 1,440.00 |
| Dump Fee | | 100.00 |
| Trash Pickup Fee | 201.47 | 977.38 |
| Keying (rekeying propertie | | 4.00 |
| Exterminating costs | | 185.00 |
| Appliance Purchase | | 145.46 |
| Advertising | | 195.57 |
| Eviction Expenses | | 313.00 |
| Subtotal | $ 916.33 | $ 14,219.15 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| ***Due To (From) Owners*** | $ 1,898.67 | $ 38,886.35 |

## Monthly Owner Statement
### Asheville Cultural Arts Center

### For the Period Ended October 31, 2009



| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 5,895.00 | $ 49,405.50 |
| Late Fees & Penalties | 135.00 | 885.00 |
| Subtotal | $ 6,030.00 | $ 50,290.50 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Utilities | $ 15.65 | $ 843.23 |
| Water/Sewer System Repairs | | 275.00 |
| Management Fees | 603.00 | 5,033.05 |
| Management Repair Fee | 4.50 | 56.50 |
| Repair and Maintenance | 665.34 | 2,792.60 |
| Plumbing Repairs | 30.00 | 598.50 |
| Cleaning | 350.00 | 635.00 |
| Landscaping | 90.00 | 1,350.00 |
| Dump Fee | | 100.00 |
| Trash Pickup Fee | 11.29 | 775.91 |
| Keying (rekeying propertie | | 4.00 |
| Exterminating costs | 45.00 | 185.00 |
| Appliance Purchase | | 145.46 |
| Advertising | 62.50 | 195.57 |
| Eviction Expenses | | 313.00 |
| Subtotal | $ 1,877.28 | $ 13,302.82 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| **Due To (From) Owners** | $ 4,152.72 | $ 36,987.68 |

# Monthly Owner Statement
## Asheville Cultural Arts Center

### For the Period Ended September 30, 2009

| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 5,110.00 | $ 43,510.50 |
| Late Fees & Penalties | 20.00 | 750.00 |
| Subtotal | $ 5,130.00 | $ 44,260.50 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Utilities | $ 16.19 | $ 827.58 |
| Water/Sewer System Repairs | 275.00 | 275.00 |
| Management Fees | 513.00 | 4,430.05 |
| Management Repair Fee | 27.50 | 52.00 |
| Repair and Maintenance | 145.59 | 2,127.26 |
| Plumbing Repairs | | 568.50 |
| Cleaning | | 285.00 |
| Landscaping | 180.00 | 1,260.00 |
| Dump Fee | | 100.00 |
| Trash Pickup Fee | 199.62 | 764.62 |
| Keying (rekeying propertie | | 4.00 |
| Exterminating costs | | 140.00 |
| Appliance Purchase | 145.46 | 145.46 |
| Advertising | 51.73 | 133.07 |
| Eviction Expenses | | 313.00 |
| Subtotal | $ 1,554.09 | $ 11,425.54 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| ***Due To (From) Owners*** | $ 3,575.91 | $ 32,834.96 |

## Monthly Owner Statement
### Asheville Cultural Arts Center



**For the Period Ended August 31, 2009**

| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 6,042.10 | $ 38,400.50 |
| Late Fees & Penalties | 185.00 | 730.00 |
| Subtotal | $ 6,227.10 | $ 39,130.50 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Utilities | $ 31.68 | $ 811.39 |
| Management Fees | 626.71 | 3,917.05 |
| Management Repair Fee | 24.50 | 24.50 |
| Repair and Maintenance | 164.00 | 1,981.67 |
| Plumbing Repairs | 245.00 | 568.50 |
| Cleaning | 60.00 | 285.00 |
| Landscaping | 270.00 | 1,080.00 |
| Dump Fee | | 100.00 |
| Trash Pickup Fee | 565.00 | 565.00 |
| Keying (rekeying propertie | | 4.00 |
| Exterminating costs | 140.00 | 140.00 |
| Advertising | 49.34 | 81.34 |
| Eviction Expenses | 40.00 | 313.00 |
| Subtotal | $ 2,216.23 | $ 9,871.45 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| **Due To (From) Owners** | $ 4,010.87 | $ 29,259.05 |

## Monthly Owner Statement
### Asheville Cultural Arts Center

### For the Period Ended July 31, 2009



| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| come | | |
| Rental Income | $ 4,866.40 | $ 32,358.40 |
| Late Fees & Penalties | 20.00 | 545.00 |
| Subtotal | $ 4,886.40 | $ 32,903.40 |
| | | |
| *yments to Owners* | | |
| Subtotal | | |
| | | |
| *erating Expenses* | | |
| Utilities | $ 24.84 | $ 779.71 |
| Management Fees | 488.64 | 3,290.34 |
| Repair and Maintenance | 788.65 | 1,817.67 |
| Plumbing Repairs | | 323.50 |
| Cleaning | | 225.00 |
| Landscaping | 180.00 | 810.00 |
| Dump Fee | | 100.00 |
| Keying (rekeying propertie | 4.00 | 4.00 |
| Advertising | | 32.00 |
| Eviction Expenses | | 273.00 |
| Subtotal | $ 1,486.13 | $ 7,655.22 |
| | | |
| *er Income and Expenses* | | |
| Subtotal | | |
| | | |
| *ital Expenditures* | | |
| Subtotal | | |
| | | |
| *Due To (From) Owners* | $ 3,400.27 | $ 25,248.18 |

## Monthly Owner Statement
### Asheville Cultural Arts Center

### For the Period Ended June 30, 2009



| Account<br>Title | Current Month<br>Activity | Y-T-D<br>Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 4,580.00 | $ 27,492.00 |
| Late Fees & Penalties | 90.00 | 525.00 |
| Subtotal | $ 4,670.00 | $ 28,017.00 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Utilities | $ 91.31 | $ 754.87 |
| Management Fees | 467.00 | 2,801.70 |
| Repair and Maintenance | 411.97 | 1,029.02 |
| Plumbing Repairs | | 323.50 |
| Cleaning | 225.00 | 225.00 |
| Landscaping | 270.00 | 630.00 |
| Dump Fee | 100.00 | 100.00 |
| Advertising | 32.00 | 32.00 |
| Eviction Expenses | | 273.00 |
| Subtotal | $ 1,597.28 | $ 6,169.09 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| **Due To (From) Owners** | $ 3,072.72 | $ 21,847.91 |

## Monthly Owner Statement

# Asheville Cultural Arts Center

## For the Period Ended May 31, 2009

| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| *Income* | | |
| Rental Income | $ 5,067.00 | $ 22,912.00 |
| Late Fees & Penalties | 80.00 | 435.00 |
| Subtotal | $ 5,147.00 | $ 23,347.00 |
| | | |
| *Payments to Owners* | | |
| Subtotal | | |
| | | |
| *Operating Expenses* | | |
| Utilities | $ 167.52 | $ 663.56 |
| Management Fees | 514.70 | 2,334.70 |
| Repair and Maintenance | 249.11 | 617.05 |
| Plumbing Repairs | | 323.50 |
| Landscaping | 180.00 | 360.00 |
| Eviction Expenses | | 273.00 |
| Subtotal | $ 1,111.33 | $ 4,571.81 |
| | | |
| *Other Income and Expenses* | | |
| Subtotal | | |
| | | |
| *Capital Expenditures* | | |
| Subtotal | | |
| | | |
| *Due To (From) Owners* | $ 4,035.67 | $ 18,775.19 |

## Monthly Owner Statement
### Asheville Cultural Arts Center

### For the Period Ended April 30, 2009




| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 3,020.00 | $ 17,845.00 |
| Late Fees & Penalties | 35.00 | 355.00 |
| Subtotal | $ 3,055.00 | $ 18,200.00 |
| **Payments to Owners** | | |
| Subtotal | | |
| **Operating Expenses** | | |
| Utilities | $ 242.54 | $ 496.04 |
| Management Fees | 305.50 | 1,820.00 |
| Repair and Maintenance | 140.75 | 367.94 |
| Plumbing Repairs | | 323.50 |
| Landscaping | 180.00 | 180.00 |
| Eviction Expenses | 182.00 | 273.00 |
| Subtotal | $ 1,050.79 | $ 3,460.48 |
| **Other Income and Expenses** | | |
| Subtotal | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| **Due To (From) Owners** | $ 2,004.21 | $ 14,739.52 |

## Monthly Owner Statement
### Asheville Cultural Arts Center

**For the Period Ended March 31, 2009**

| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 3,755.00 | $ 14,825.00 |
| Late Fees & Penalties | 95.00 | 320.00 |
| Subtotal | $ 3,850.00 | $ 15,145.00 |
| **Payments to Owners** | | |
| Subtotal | | |
| **Operating Expenses** | | |
| Utilities | $ 253.50 | $ 253.50 |
| Management Fees | 385.00 | 1,514.50 |
| Repair and Maintenance | 60.00 | 227.19 |
| Plumbing Repairs | | 323.50 |
| Eviction Expenses | | 91.00 |
| Subtotal | $ 698.50 | $ 2,409.69 |
| **Other Income and Expenses** | | |
| Subtotal | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| **Due To (From) Owners** | $ 3,151.50 | $ 12,735.31 |

**Monthly Owner Statement**

### Asheville Cultural Arts Center

**For the Period Ended February 28, 2009**



| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| ***Income*** | | |
| Rental Income | $ 6,330.00 | $ 11,070.00 |
| Late Fees & Penalties | 170.00 | 225.00 |
| Subtotal | $ 6,500.00 | $ 11,295.00 |
| | | |
| ***Payments to Owners*** | | |
| Subtotal | | |
| | | |
| ***Operating Expenses*** | | |
| Management Fees | $ 650.00 | $ 1,129.50 |
| Repair and Maintenance | 167.19 | 167.19 |
| Plumbing Repairs | 194.00 | 323.50 |
| Eviction Expenses | 91.00 | 91.00 |
| Subtotal | $ 1,102.19 | $ 1,711.19 |
| | | |
| ***Other Income and Expenses*** | | |
| Subtotal | | |
| | | |
| ***Capital Expenditures*** | | |
| Subtotal | | |
| | | |
| ***Due To (From) Owners*** | $ 5,397.81 | $ 9,583.81 |

Monthly Owner Statement

## Asheville Cultural Arts Center

**For the Period Ended January 31, 2009**



| Account Title | Current Month Activity | Y-T-D Activity |
|---|---|---|
| **Income** | | |
| Rental Income | $ 4,740.00 | $ 4,740.00 |
| Late Fees & Penalties | 55.00 | 55.00 |
| Subtotal | $ 4,795.00 | $ 4,795.00 |
| | | |
| **Payments to Owners** | | |
| Subtotal | | |
| | | |
| **Operating Expenses** | | |
| Management Fees | $ 479.50 | $ 479.50 |
| Plumbing Repairs | 129.50 | 129.50 |
| Subtotal | $ 609.00 | $ 609.00 |
| | | |
| **Other Income and Expenses** | | |
| Subtotal | | |
| | | |
| **Capital Expenditures** | | |
| Subtotal | | |
| | | |
| **Due To (From) Owners** | $ 4,186.00 | $ 4,186.00 |