# Exhibit 5:

# Tax return for Asheville Art Center, Inc.

# (Merrimon Avenue tenant)

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation
▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2008**

For calendar year 2008 or tax year beginning _____ , ending _____

| | | | |
|---|---|---|---|
| **A** S election effective date<br>5/18/04 | Use<br>IRS<br>label.<br>Other-<br>wise,<br>print or<br>type. | **Name** Asheville Arts Center, Inc. | **D** Employer identification number <span style="color:black">■■■■■■■■</span> |
| **B** Business activity code<br>number (see instructions)<br>711100 | | Number, street, and room or suite no. If a P O box see instructions<br>308 Merrimon Avenue | **E** Date incorporated<br>5/18/2004 |
| **C** Check if Sch M-3<br>attached ☐ | | City or town, state, and ZIP code<br>Asheville          NC 28801 | **F** Total assets (see instructions)<br>153,269 |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year  ▶  1

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales 559,807 | **b** Less returns and allowances | **c** Bal ▶ | **1c** 559,807 |
| **2** | Cost of goods sold (Schedule A, line 8) | | **2** |
| **3** | Gross profit. Subtract line 2 from line 1c | | **3** 559,807 |
| **4** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **4** |
| **5** | Other income (loss) (see instructions—attach statement) | | **5** |
| **6** | **Total income (loss).** Add lines 3 through 5 ▶ | | **6** 559,807 |

### Deductions (see instructions for limitations)

| | | |
|---|---|---|
| **7** | Compensation of officers | **7** |
| **8** | Salaries and wages (less employment credits) | **8** 177,059 |
| **9** | Repairs and maintenance | **9** 6,979 |
| **10** | Bad debts | **10** |
| **11** | Rents | **11** 68,399 |
| **12** | Taxes and licenses | **12** 18,883 |
| **13** | Interest | **13** 16,829 |
| **14** | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | **14** 1,830 |
| **15** | Depletion (**Do not deduct oil and gas depletion**.) | **15** |
| **16** | Advertising | **16** 35,449 |
| **17** | Pension, profit-sharing, etc, plans | **17** |
| **18** | Employee benefit programs | **18** 7 |
| **19** | Other deductions (attach statement)          See Stmt 1 | **19** 248,932 |
| **20** | **Total deductions.** Add lines 7 through 19 ▶ | **20** 574,367 |
| **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 | **21** -14,560 |

### Tax and Payments

| | | | |
|---|---|---|---|
| **22a** | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | |
| **b** | Tax from Schedule D (Form 1120S) | **22b** | |
| **c** | Add lines 22a and 22b (see instructions for additional taxes) | | **22c** |
| **23a** | 2008 estimated tax payments and 2007 overpayment credited to 2008 | **23a** | |
| **b** | Tax deposited with Form 7004 | **23b** | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | |
| **d** | Add lines 23a through 23c | | **23d** |
| **24** | Estimated tax penalty (see instructions) Check if Form 2220 is attached ▶ ☐ | | **24** |
| **25** | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** |
| **26** | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** |
| **27** | Enter amount from line 26 Credited to 2009 estimated tax ▶ | Refunded ▶ | **27** |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

Signature of officer _____ COPY _____ Date _____ Title _____

### Paid Preparer's Use Only

| | | |
|---|---|---|
| Preparer's<br>signature | Date 3/10/10 | Check if self-employed ☐ | Preparer's SSN or PTIN P00495726 |
| Firm's name (or<br>yours if self-employed)<br>address, and ZIP code | Gabler Molis & Company, PA<br>32 Orange St<br>Asheville, NC          28801-2914 | EIN ■■■■■■■<br>Phone no. 828-281-3161 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.          Form **1120S** (2008)

DAA

Form 1120S (2008)   **Asheville Arts Center, Inc.**   ▬▬▬▬▬   Page **2**

## Schedule A     Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) | 5 | |
| 6 | **Total**. Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold**. Subtract line 7 from line 6  Enter here and on page 1, line 2 | 8 | |

9a   Check all methods used for valuing closing inventory:   (i)  ☐ Cost as described in Regulations section 1 471-3

   (ii)  ☐ Lower of cost or market as described in Regulations section 1 471-4

   (iii)  ☐ Other (Specify method used and attach explanation ) ▶

b   Check if there was a writedown of subnormal goods as described in Regulations section 1 471-2(c) ........ ▶ ☐

c   Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ... ▶ ☐

d   If the LIFO inventory method was used for this tax year  enter percentage (or amounts) of closing

   inventory computed under LIFO   | 9d | |

e   If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? .... ☐ Yes   ☐ No

f   Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ... ☐ Yes   ☐ No

   If "Yes," attach explanation.

## Schedule B     Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the:   a Business activity ▶ **Art School**   b Product or service ▶ **Music & Dance** | | |
| 3 | At the end of the tax year, did the corporation own  directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c) ) If "Yes," attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned  was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ........ ▶ ☐   If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ........... ▶ $ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ........ $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1. | | X |

## Schedule K     Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | −14,560 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss)  Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions) ........ Type ▶ | 10 | |

Form **1120S** (2008)

DAA

Form 1120S (2008)    **Asheville Arts Center, Inc.**    Page **3**

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | **11** | |
| | **12a** Contributions                                              Stmt 2 | **12a** | 750 |
| | **b** Investment interest expense | **12b** | |
| | **c** Section 59(e)(2) expenditures  **(1)** Type ▶                      **(2)** Amount ▶ | **12c(2)** | |
| | **d** Other deductions (see instructions)                        Type ▶ | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** Low-income housing credit (other) | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | **13c** | |
| | **d** Other rental real estate credits (see instructions)    Type ▶ | **13d** | |
| | **e** Other rental credits (see instructions)                  Type ▶ | **13e** | |
| | **f** Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | **13f** | |
| | **g** Other credits (see instructions) . . . . . . . . . . . . . . . Type ▶ | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U S  possession ▶ | | |
| | **b** Gross income from all sources | **14b** | |
| | **c** Gross income sourced at shareholder level | **14c** | |
| | Foreign gross income sourced at corporate level | | |
| | **d** Passive category | **14d** | |
| | **e** General category | **14e** | |
| | **f** Other (attach statement) | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | |
| | **g** Interest expense | **14g** | |
| | **h** Other | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **i** Passive category | **14i** | |
| | **j** General category | **14j** | |
| | **k** Other (attach statement) | **14k** | |
| | Other information | | |
| | **l** Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | **14l** | |
| | **m** Reduction in taxes available for credit (attach statement) | **14m** | |
| | **n** Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties-gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties-deductions | **15e** | |
| | **f** Other AMT items (attach statement) | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses | **16c** | 7,057 |
| | **d** Property distributions | **16d** | |
| | **e** Repayment of loans from shareholders | **16e** | |
| **Other Information** | **17a** Investment income | **17a** | |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement) | | |
| **Reconciliation** | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l . . . . . . . . | **18** | –15,310 |

Form **1120S** (2008)

DAA

Form 1120S (2008)  **Asheville Arts Center, Inc.** ▬▬▬▬▬  Page 4

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 1,369 | | 237 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U S government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | 133,435 | | 123,132 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 30,088 | | 39,315 | |
| b | Less accumulated depreciation | 7,585 | 22,503 | 9,415 | 29,900 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 157,307 | | 153,269 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) Stmt 3 | | 16,001 | | 36,255 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 119,525 | | 117,593 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 10,000 | | 10,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 11,781 | | -10,579 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 157,307 | | 153,269 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -22,367 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 | Deductions included on Schedule K lines 1 through 12 and 14l not charged against book income this year (itemize): | |
| a | Depreciation  $  0 | | a | Depreciation  $ | |
| b | Travel and entertainment  $  1,927 | | | | |
| | Stmt 4  5,130 | 7,057 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -15,310 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | -15,310 |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 11,781 | | |
| 2 | Ordinary income from page 1 line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 14,560 | | ) |
| 5 | Other reductions  Stmt 5 | ( 7,807 | ( 0 | ) |
| 6 | Combine lines 1 through 5 | -10,586 | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -10,586 | | |

DAA

Form **1120S** (2008)

671108

☐ Final K-1          ☐ Amended K-1          OMB No. 1545-0130

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2008**

For calendar year 2008 or tax
year beginning _____
ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

### Part I  Information About the Corporation

**A** Corporation's employer identification number

~~[redacted]~~

**B** Corporation's name address city state and ZIP code

**Asheville Arts Center, Inc.**

**308 Merrimon Avenue**
**Asheville          NC 28801**

**C** IRS Center where corporation filed return

**e-file**

### Part II  Information About the Shareholder

**D** Shareholder's identifying number

~~[redacted]~~

**E** Shareholder's name, address city state and ZIP code

**Heather L Taft**
**PO Box 8323**

**Asheville          NC 28814-8323**

**F** Shareholder's percentage of stock
ownership for tax year          **100.000000** %

For IRS Use Only

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | −14,560 | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis   STMT |
| 12 G | Other deductions         750 | | |
| | | 17 | Other information |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.          Schedule K-1 (Form 1120S) 2008

DAA

Form **4562**

Department of the Treasury
Internal Revenue Service   (99)

## Depreciation and Amortization
### (Including Information on Listed Property)

▶ See separate instructions.   ▶ Attach to your tax return.

OMB No. 1545-0172

**2008**

Attachment
Sequence No. **67**

Name(s) shown on return
**Asheville Arts Center, Inc.**

Identifying number

Business or activity to which this form relates
**Regular Depreciation**

### Part I   Election To Expense Certain Property Under Section 179
**Note: If you have any listed property, complete Part V before you complete Part I.**

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 250,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 800,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| **6** | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note: Do not use Part II or Part III below for listed property. Instead, use Part V.**

### Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III   MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | 1,741 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B—Assets Placed in Service During 2008 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | 8/15/08 | 9,227 | 39 yrs. | MM | S/L | 89 |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV   Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instr. | 22 | 1,830 |
| 23 | For assets shown above and placed in service during the current year enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **4562** (2008)

**There are no amounts for Page 2**

# Federal Statements

### Statement 1 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---|
| Automobile Expense | $        300 |
| Bank Charges | 1,787 |
| Business Insuramce | 3,597 |
| Claims | 1,480 |
| Contract Services | 679 |
| Credit Card Fees | 9,103 |
| Dance supplies | 733 |
| Drama Supplies | 10,735 |
| Dues & Subscriptions | 1,139 |
| Equipment Lease | 641 |
| Instructor Expenses | 134,407 |
| Miscellaneous | 75 |
| Music Supplies | 18,540 |
| Networking | 31 |
| Office Supplies | 3,621 |
| Parking Lot Rent | 2,000 |
| Preschool Expenses | 7,331 |
| Professional Fees | 18,011 |
| Program Expense | 308 |
| Registration fees | 250 |
| School supplies | 10,194 |
| Space Rental | 775 |
| Travel | 172 |
| Utilities | 19,696 |
| Website | 1,400 |
| 50% of Meals & Entertainment | 1,927 |
| Total | $    248,932 |

1

# Federal Statements

## Statement 2 - Form 1120S, Page 3, Schedule K, Line 12a - Contributions

| Description | Cash Contrib 100% (Qualified) | Cash Contrib 50% | Cash Contrib 30% | Noncash Contrib 50% | Noncash Contrib 30% | Cap Gain Prop 30% | Cap Gain Prop 20% | Total |
|---|---|---|---|---|---|---|---|---|
| Various Organized Charities | $ 750 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 750 |
| Total | $ 750 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 750 |

2

# Federal Statements

### Statement 3 - Form 1120S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| Payroll Tax | $ 7,423 | $ 28,015 |
| due To Nora Vitro | 8,000 | 8,000 |
| Other current Liabilities | 578 | 240 |
| Total | $ 16,001 | $ 36,255 |

### Statement 4 - Form 1120S, Page 4, Schedule M-1, Line 3 - Expenses on Books Not on Return

| Description | Amount |
|---|---|
| Shareholder Health Insurance | $ 2,609 |
| Penalties | 2,521 |
| Total | $ 5,130 |

### Statement 5 - Form 1120S, Page 4, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| Shareholder Health Insurance | $ 2,609 |
| Penalties | 2,521 |
| Disallowed Entertainment Exp | 1,927 |
| Charitable Contributions | 750 |
| Total | $ 7,807 |

# Federal Statements
## Heather L Taft
## 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

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Amount |
|---|---|
| Shareholder Health Insurance | $ 2,609 |
| Penalties | 2,521 |
| Page 1 Meals/Entertainment | 1,927 |
| Total | $ 7,057 |

# Federal Asset Report
## Form 1120S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Residential Real Property:** | | | | | | | | | | | | |
| 1 | Leasehold Improvements | 8/15/08 | 9,227 | | | | 9,227 | 39 | MM | S/L | 0 | 89 |
| | | | 9,227 | | | | 9,227 | | | | 0 | 89 |
| | | | | | | | | | | | | |
| **Prior MACRS:** | | | | | | | | | | | | |
| 3 | Leasehold Improvements | 7/15/07 | 19,500 | | | | 19,500 | 39 | MM | S/L | 229 | 500 |
| 4 | Equipment | 7/15/07 | 10,588 | | | | 10,588 | 5 | HY | 200DB | 7,356 | 1,241 |
| | | | 30,088 | | | | 30,088 | | | | 7,585 | 1,741 |
| | **Grand Totals** | | 39,315 | | | | 39,315 | | | | 7,585 | 1,830 |
| | **Less: Dispositions** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 39,315 | | | | 39,315 | | | | 7,585 | 1,830 |

# AMT Asset Report
## Form 1120S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Residential Real Property:** | | | | | | | | | | | | |
| 1 | Leasehold Improvements | 8/15/08 | 9,227 | | | | 9,227 | 39 | MM | S/L | 0 | 89 |
| | | | 9,227 | | | | 9,227 | | | | 0 | 89 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 3 | Leasehold Improvements | 7/15/07 | 19,500 | | | | 19,500 | 39 | MM | S/L | 229 | 500 |
| 4 | Equipment | 7/15/07 | 10,588 | | | | 10,588 | 5 | HY | 200DB | 7,356 | 1,241 |
| | | | 30,088 | | | | 30,088 | | | | 7,585 | 1,741 |
| | **Grand Totals** | | 39,315 | | | | 39,315 | | | | 7,585 | 1,830 |
| | **Less: Dispositions** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 39,315 | | | | 39,315 | | | | 7,585 | 1,830 |

# ACE Asset Report
## Form 1120S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| **Non-Residential Real Property:** | | | | | | | | | | | | |
| 1 | Leasehold Improvements | 8/15/08 | 9,227 | | | | 9,227 | 39 | MM | S/L | 0 | 89 |
| | | | 9,227 | | | | 9,227 | | | | 0 | 89 |
| | | | | | | | | | | | | |
| **Prior MACRS:** | | | | | | | | | | | | |
| 3 | Leasehold Improvements | 7/15/07 | 19,500 | | | | 19,500 | 39 | MM | S/L | 229 | 500 |
| 4 | Equipment | 7/15/07 | 10,588 | | | | 10,588 | 5 | HY | 200DB | 7,356 | 1,241 |
| | | | 30,088 | | | | 30,088 | | | | 7,585 | 1,741 |
| | **Grand Totals** | | 39,315 | | | | 39,315 | | | | 7,585 | 1,830 |
| | **Less: Dispositions** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 39,315 | | | | 39,315 | | | | 7,585 | 1,830 |

# Depreciation Adjustment Report
## All Business Activities

| Form | Unit | Asset | Description | Tax | AMT | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | |
| Page 1 | 1 | 1 | Leasehold Improvements | 89 | 89 | 0 |
| Page 1 | 1 | 3 | Leasehold Improvements | 500 | 500 | 0 |
| Page 1 | 1 | 4 | Equipment | 1,241 | 1,241 | 0 |
| | | | | 1,830 | 1,830 | 0 |

# Future Depreciation Report   FYE: 12/31/09
## Form 1120S, Page 1

| Asset | Description | Date In Service | Cost | Tax | AMT |
|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | |
| 1 | Leasehold Improvements | 8/15/08 | 9,227 | 236 | 236 |
| 3 | Leasehold Improvements | 7/15/07 | 19,500 | 500 | 500 |
| 4 | Equipment | 7/15/07 | 10,588 | 796 | 796 |
| | | | 39,315 | 1,532 | 1,532 |
| | **Grand Totals** | | 39,315 | 1,532 | 1,532 |

| Form **1120S** | **Retained Earnings Reconciliation Worksheet** | **2008** |
|---|---|---|
| | For calendar year 2008 or tax year beginning _____ , ending _____ | |

| Name | Employer Identification Number |
|---|---|
| Asheville Arts Center, Inc. | |

## Schedule L - Retained Earnings

| | |
|---|---:|
| Retained Earnings - Unappropriated | 0 |
| Accumulated Adjustments Account | −10,586 |
| Other Adjustments Account | 0 |
| Undistributed Previously Taxed Income | 0 |
| | |
| Schedule L, Line 24 - Retained Earnings | −10,586 |

## Schedule M-2 - Retained Earnings

| | Accumulated Adjustments Account | Other Adjustments Account | Undistributed Previously Taxed Income | Retained Earnings Unappropriated/ Timing Differences | Total Retained Earnings |
|---|---:|---:|---:|---:|---:|
| Beg Yr Bal | 11,781 | 0 | 0 | 0 | 11,781 |
| Ordinary Inc (Loss) | −14,560 | | | | −14,560 |
| Other Additions | | | | | |
| Other Reductions | 7,807 | 0 | | | 7,807 |
| Distributions | | | | | |
| End Yr Bal | −10,586 | 0 | 0 | 0 | −10,586 |

| Form **1120S** | Schedule K-1 Summary Worksheet | **2008** |
|---|---|---|

Name

Asheville Arts Center, Inc.

Employer Identification Number

|  | Shareholder Name | SSN/EIN |
|---|---|---|
| Column A | Heather L Taft | |
| Column B | | |
| Column C | | |
| Column D | | |

| | Schedule K Items | Column A | Column B | Column C | Column D | Sch K Total |
|---|---|---|---|---|---|---|
| 1 | Ordinary income | -14,560 | | | | -14,560 |
| 2 | Net rental RE inc | | | | | |
| 3c | Net other rental inc | | | | | |
| 4 | Interest income | | | | | |
| 5a | Ordinary dividends | | | | | |
| 5b | Qualified dividends | | | | | |
| 6 | Royalties | | | | | |
| 7 | Net ST capital gain | | | | | |
| 8a | Net LT capital gain | | | | | |
| 8b | Collectibles 28% gain | | | | | |
| 8c | Unrecap Sec 1250 | | | | | |
| 9 | Net Sec 1231 gain | | | | | |
| 10 | Other income (loss) | | | | | |
| 11 | Sec 179 deduction | | | | | |
| 12a | Contributions | 750 | | | | 750 |
| 12b | Invest interest exp | | | | | |
| 12c | Sec 59(e)(2) exp | | | | | |
| 12d | Other deductions | | | | | |
| 13a,c | Low-inc house 42j5 | | | | | |
| 13b,d | Low-inc house other | | | | | |
| 13e | Qualif rehab exp | | | | | |
| 13f | Rental RE credits | | | | | |
| 13g | Other rental credits | | | | | |
| 13h | Fuel alcohol credit | | | | | |
| 13i | Other credits | | | | | |
| 14b | Gross inc all src | | | | | |
| 14d-f | Total foreign inc | | | | | |
| 14g-k | Total foreign deds | | | | | |
| 14l | Total foreign taxes | | | | | |
| 14m | Reduct in taxes | | | | | |
| 15a | Depr adjustment | | | | | |
| 15b | Adjusted gain (loss) | | | | | |
| 15c | Depletion | | | | | |
| 15d | Inc-oil/gas/geoth | | | | | |
| 15e | Ded-oil/gas/geoth | | | | | |
| 15f | Other AMT items | | | | | |
| 16a | Tax-exempt interest | | | | | |
| 16b | Other tax-exempt | | | | | |
| 16c | Nonded expense | 7,057 | | | | 7,057 |
| 16d | Total property dist | | | | | |
| 16e | Shr loan repmts | | | | | |
| 17a | Investment income | | | | | |
| 17b | Investment expense | | | | | |
| 18 | Income (loss) | -15,310 | | | | -15,310 |

# Federal Statements

### Form 1120S, Page 3, Schedule K, Line 16c - Nondeductible Expenses

| Description | | Amount |
|---|---|---|
| Shareholder Health Insurance | $ | 2,609 |
| Penalties | | 2,521 |
| Page 1 Meals/Entertainment | | 1,927 |
| Total | $ | 7,057 |

Asheville Arts Center, Inc.
308 Merrimon Avenue
Asheville, NC  28801

**Heather L Taft**
**PO Box 8323**
**Asheville, NC 28814-8323**

# Gabler Molis & Company, PA
## 32 Orange St
## Asheville, NC 28801-2914
## 828-281-3161

March 10, 2010

**CONFIDENTIAL**

Heather L Taft
PO Box 8323
Asheville, NC  28814-8323

Dear Heather:

We have prepared the enclosed copy of Form 1120S, Schedule K-1 for Asheville Arts Center,
Inc.  It contains your share of the corporation's items of income (loss), credits and deductions,
and other information for the corporation's tax year ended December 31, 2008.  These items are
to be reported on your federal income tax return; therefore, this Schedule should be retained with
your tax records and documentation.

Also enclosed is state K-1 information, if applicable.  This information should also be retained
with your tax records and documentation

If you have any questions, or if we can be of assistance in any way, please do not hesitate to call.

Sincerely,


Gabler Molis & Company, PA