671108

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0130

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2008**

For calendar year 2008 or tax
year beginning _____
ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

**B** Corporation's name address city state and ZIP code

**Asheville Arts Center, Inc.**

**308 Merrimon Avenue**
**Asheville       NC 28801**

**C** IRS Center where corporation filed return
**e-file**

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city state and ZIP code
**Heather L Taft**
**PO Box 8323**

**Asheville       NC 28814-8323**

**F** Shareholder's percentage of stock
ownership for tax year            **100.000000** %

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **-14,560** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 **C*** | Items affecting shareholder basis **STMT** |
| 12 **G** | Other deductions **750** | | |
| | | 17 | Other information |

**\* See attached statement for additional information.**

For Paperwork Reduction Act Notice, see Instructions for Form 1120S          Schedule K-1 (Form 1120S) 2008

DAA

Schedule K-1 (Form 1120S) 2008                 Page 2

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E line 28 column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2. Net rental real estate income (loss)** — See the Shareholder's Instructions

**3. Other net rental income (loss)**
| | |
|---|---|
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |

**4. Interest income** — Form 1040, line 8a

**5a. Ordinary dividends** — Form 1040 line 9a

**5b. Qualified dividends** — Form 1040 line 9b

**6. Royalties** — Schedule E, line 4

**7. Net short-term capital gain (loss)** — Schedule D line 5 column (f)

**8a. Net long-term capital gain (loss)** — Schedule D line 12 column (f)

**8b. Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)

**8c. Unrecaptured section 1250 gain** — See the Shareholder's Instructions

**9. Net section 1231 gain (loss)** — See the Shareholder's Instructions

**10. Other income (loss)**
Code
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Other income (loss) | See the Shareholder's Instructions |

**11. Section 179 deduction** — See the Shareholder's Instructions

**12. Other deductions**
| A | Cash contributions (50%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Shareholder's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions—royalty income | Schedule E, line 18 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Deductions—portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions—portfolio (other) | Schedule A, line 28 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | Domestic production activities information | See Form 8903 instructions |
| Q | Qualified production activities income | Form 8903, line 7 |
| R | Employer's Form W-2 wages | Form 8903, line 15 |
| S | Other deductions | See the Shareholder's Instructions |

**13. Credits**
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Shareholder's Instructions |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | See the Shareholder's Instructions |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586 line 11 |
| D | Low-income housing credit (other) from post-2007 buildings | Form 8586 line 11 |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | See the Shareholder's Instructions |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040 line 68 box a |
| I | Alcohol and cellulosic biofuel fuels credit | Form 6478 line 9 |
| J | Work opportunity credit | Form 5884 line 3 |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone and renewal community employment credit | Form 8844 line 3 |

| | Code |
|---|---|
| M | Credit for increasing research activities — See the Shareholder's Instructions |
| N | Credit for employer social security and Medicare taxes — Form 8846 line 5 |
| O | Backup withholding — Form 1040 line 62 |
| P | Other credits — See the Shareholder's Instructions |

**14. Foreign transactions**
| A | Name of country or U S possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116 Part I |
| C | Gross income sourced at shareholder level | |

Foreign gross income sourced at corporate level
| D | Passive category | |
|---|---|---|
| E | General category | Form 1116 Part I |
| F | Other | |

Deductions allocated and apportioned at shareholder level
| G | Interest expense | Form 1116 Part I |
|---|---|---|
| H | Other | Form 1116 Part I |

Deductions allocated and apportioned at corporate level to foreign source income
| I | Passive category | |
|---|---|---|
| J | General category | Form 1116 Part I |
| K | Other | |

Other information
| L | Total foreign taxes paid | Form 1116 Part II |
|---|---|---|
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Shareholder's Instructions |

**15. Alternative minimum tax (AMT) items**
| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | See the |
| C | Depletion (other than oil & gas) | Shareholder's |
| D | Oil, gas, & geothermal—gross income | Instructions and |
| E | Oil, gas, & geothermal—deductions | the Instructions for |
| F | Other AMT items | Form 6251 |

**16. Items affecting shareholder basis**
| A | Tax-exempt interest income | Form 1040 line 8b |
|---|---|---|
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's |
| D | Property distributions | Instructions |
| E | Repayment of loans from shareholders | |

**17. Other information**
| A | Investment income | Form 4952 line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611 line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest—completed long-term contracts | See Form 8697 |
| J | Look-back interest—income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | |
| M | Section 453(l)(3) information | |
| N | Section 453A(c) information | |
| O | Section 1260(b) information | See the Shareholder's Instructions |
| P | Interest allocable to production expenditures | |
| Q | CCF nonqualified withdrawals | |
| R | Depletion information—oil and gas | |
| S | Amortization of reforestation costs | |
| T | Other information | |

DAA

# Federal Statements
## Heather L Taft

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Amount |
|---|---|
| Shareholder Health Insurance | $ 2,609 |
| Penalties | 2,521 |
| Page 1 Meals/Entertainment | 1,927 |
| Total | $ 7,057 |

**NC K-1** (42)
**(CD-401S)**

10-27-08

# Shareholder's Share of
# N.C. Income, Adjustments, and Credits
North Carolina Department of Revenue

For calendar year   2008   or other year starting   08   and ending

| Part. 1 Information about the Corporation | Part. 2 Information about the Shareholder |
|---|---|
| A.  Corporation's Employer Identification Number | A.  Shareholder's Identifying Number |
| B.  Corporation's Name, Address, and Zip Code | B  Shareholder's Name, Address, and Zip Code |
| ASHEVILLE ARTS CENTER, INC.<br>308 MERRIMON AVENUE<br><br>ASHEVILLE            NC 28801 | HEATHER L TAFT<br>PO BOX 8323<br><br>ASHEVILLE            NC 28814-8323 |
| C.  Has Nonresident Shareholder Agreement Form NC-NA been filed? | C.  Shareholder's percentage of stock ownership for tax year<br>100.0000% |

**Part. 3 Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

|  | **All Shareholders** |  |
|---|---|---|
| 1.  Share of corporation income (loss)<br>Line 1 should already be included in federal taxable income | | -14560 |
| 2.  Additions to income (loss) | | |
|    a.  Additions to Bonus Depreciation<br>      Enter here and on Form D-400, Page 3, Line 38 | | 0 |
|    b.  Other Additions to income (loss)<br>      Enter here and on Form D-400, Page 3, Line 39 | | 0 |
| 3.  Deductions from income (loss)<br>Enter here and on Form D-400, Page 3, Line 49 | | 0 |
| 4.  Share of tax credits<br>Enter here and on Form D-400TC, see Form D-400 Instructions | | 0 |
| 5.  Share of tax withheld from nonwage compensation paid for personal services performed in N.C.<br>Enter here and on Form D-400, Page 2, Line 19 | | 0 |

|  | **Nonresidents Only** |  |
|---|---|---|
| 6.  Nonresident's share of N.C. taxable income (loss)<br>Enter here and on Form D-400, Page 4, Line 51 | | 0 |
| 7.  Nonresident's share of separately stated items of income<br>Line 7 should already be included in federal taxable income | | 0 |
| 8.  Nonresident's share of net tax paid by the S Corporation<br>Enter here and on Form D-400, Page 2, Line 20d | | 0 |

## NC Shareholder's Share of Deductions Worksheet

Form **NC K-1**

For calendar year 2008, or other tax year beginning                , ending

**2008**

| Name | NC Secretary of State ID Number | Federal Employer ID Number |
|------|--------------------------------|---------------------------|
| **Asheville Arts Center, Inc.**<br>**Heather L Taft** | | |

Contributions:

| | |
|---|---:|
| Total contributions to NC | |
| Contributions to NC donees | 750 |
| Contributions to donees outside NC | |
| Section 179 deduction | |

## Bonus Depreciation

| Bonus depreciation adjustments: | Prior Year<br>Add Back Amount | Net State<br>Adjustment |
|---|---|---|
| 2008 | | |
| 2004 | | |
| 2003 | | |
| 2002 | | |
| 2001 | | |
| 2000 | | |

10087 04/22/2010 3:51 PM

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2009**

For calendar year 2009 or tax year beginning _____ , ending _____

| | | | |
|---|---|---|---|
| **A** S election effective date 05/18/04 | Use IRS label. Other-wise, print or type. | **Name** Asheville Arts Center, Inc. | **D** Employer identification number ████████ |
| **B** Business activity code number (see instructions) 711100 | | **Number, street, and room or suite no. If a P.O. box, see instructions** 308 Merrimon Avenue | **E** Date incorporated 05/18/2004 |
| **C** Check if Sch M-3 attached ☐ | | **City or town, state, and ZIP code** Asheville                NC 28801 | **F** Total assets (see instructions) $ 135,904 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return   **(2)** ☐ Name change **(3)** ☐ Address change
**(5)** ☐ Amended return   **(4)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . ▶ 1

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| **1a** Gross receipts or sales | 572,712 | **b** Less returns and allowances | **c** Bal ▶ | **1c** 572,712 |
| **2** Cost of goods sold (Schedule A, line 8) | | | | **2** |
| **3** Gross profit. Subtract line 2 from line 1c | | | | **3** 572,712 |
| **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | | **4** −516 |
| **5** Other income (loss) (see instructions—attach statement) | | | | **5** |
| **6** Total income (loss). Add lines 3 through 5 . . . . . . . . . . . . . . . . . ▶ | | | | **6** 572,196 |

### Deductions (see instructions for limitations)

| | |
|---|---|
| **7** Compensation of officers | **7** |
| **8** Salaries and wages (less employment credits) | **8** 85,657 |
| **9** Repairs and maintenance | **9** 5,700 |
| **10** Bad debts | **10** |
| **11** Rents | **11** 59,455 |
| **12** Taxes and licenses | **12** 12,655 |
| **13** Interest | **13** 7,395 |
| **14** Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | **14** 1,532 |
| **15** Depletion (Do not deduct oil and gas depletion.) | **15** |
| **16** Advertising | **16** 52,082 |
| **17** Pension, profit-sharing, etc., plans | **17** |
| **18** Employee benefit programs | **18** |
| **19** Other deductions (attach statement)          See Stmt 1 | **19** 295,170 |
| **20** Total deductions. Add lines 7 through 19 . . . . . . . . . . . . . . . . ▶ | **20** 519,646 |
| **21** Ordinary business income (loss). Subtract line 20 from line 6 . . . . . . . . . . . | **21** 52,550 |

### Tax and Payments

| | | | |
|---|---|---|---|
| **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| **b** Tax from Schedule D (Form 1120S) | **22b** | | |
| **c** Add lines 22a and 22b (see instructions for additional taxes) | | | **22c** |
| **23a** 2009 estimated tax payments and 2008 overpayment credited to 2009 | **23a** | | |
| **b** Tax deposited with Form 7004 | **23b** | | |
| **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| **d** Add lines 23a through 23c | | | **23d** |
| **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . ▶ ☐ | | | **24** |
| **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | **25** |
| **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** |
| **27** Enter amount from line 26 Credited to 2010 estimated tax ▶ _____ Refunded ▶ | | | **27** |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

Signature of officer: **Heather Taft**    Date: _____    Title: **President**

### Paid Preparer's Use Only

| | | | | |
|---|---|---|---|---|
| Preparer's signature ▶ | | Date 04/22/10 | Check if self-employed ☐ | Preparer's SSN or PTIN P00495726 |
| Firm's name (or yours if self-employed) address, and ZIP code | **Gabler Molis & Company, PA** 32 Orange St Asheville, NC          28801-2914 | | EIN ████████ Phone no. 828-281-3161 | |

DAA

Form 1120S (2009)    **Asheville Arts Center, Inc.**    Page **2**

## Schedule A    Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach statement) | **4** | |
| 5 | Other costs (attach statement) | **5** | |
| 6 | **Total**. Add lines 1 through 5 | **6** | |
| 7 | Inventory at end of year | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6  Enter here and on page 1, line 2 | **8** | |

9a  Check all methods used for valuing closing inventory:  **(i)** ☐ Cost as described in Regulations section 1 471-3

   **(ii)** ☐ Lower of cost or market as described in Regulations section 1 471-4

   **(iii)** ☐ Other (Specify method used and attach explanation ) ▶ _____

 b  Check if there was a writedown of subnormal goods as described in Regulations section 1 471-2(c) ▶ ☐

 c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

 d  If the LIFO inventory method was used for this tax year  enter percentage (or amounts) of closing
    inventory computed under LIFO    **9d** _____

 e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation?    ☐ Yes    ☐ No

 f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory?    ☐ Yes    ☐ No
    If "Yes," attach explanation

## Schedule B    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:    a ☒ Cash    b ☐ Accrual    c ☐ Other (specify) ▶ | | |

2   See the instructions and enter the:
   a Business activity ▶ **Art School**      b Product or service ▶ **Music & Dance**

| | | Yes | No |
|---|---|---|---|
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c) ) If "Yes," attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned and **(c)** if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount  ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments | | |
| 6 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years  ▶ $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year  $ _____ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1. | | X |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | | Total amount |
|---|---|---|---|---|---|
| | 1 | Ordinary business income (loss) (page 1  line 21) | | **1** | 52,550 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | 3a | Other gross rental income (loss) | **3a** | | |
| | b | Expenses from other rental activities (attach statement) | **3b** | | |
| | c | Other net rental income (loss)  Subtract line 3b from line 3a | | **3c** | |
| Income (Loss) | 4 | Interest income | | **4** | |
| | 5 | Dividends: a Ordinary dividends | | **5a** | |
| | | b Qualified dividends | **5b** | | |
| | 6 | Royalties | | **6** | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **7** | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **8a** | |
| | b | Collectibles (28%) gain (loss) | **8b** | | |
| | c | Unrecaptured section 1250 gain (attach statement) | **8c** | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | **9** | -2,881 |
| | 10 | Other income (loss) (see instructions)    Type ▶ | | **10** | |

Form **1120S** (2009)

DAA

10087 04/22/2010 3:51 PM

Form 1120S (2009)  **Asheville Arts Center, Inc.**                                    Page 3

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | **11** | 2,515 |
| | **12a** Contributions          See Stmt 2 | **12a** | 400 |
| | **b** Investment interest expense | **12b** | |
| | **c** Section 59(e)(2) expenditures (1) Type ▶          (2) Amount ▶ | **12c(2)** | |
| | **d** Other deductions (see instructions)          Type ▶ | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** Low-income housing credit (other) | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | **13c** | |
| | **d** Other rental real estate credits (see instructions)          Type ▶ | **13d** | |
| | **e** Other rental credits (see instructions)          Type ▶ | **13e** | |
| | **f** Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | **13f** | |
| | **g** Other credits (see instructions)          Type ▶ | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U S possession ▶ | | |
| | **b** Gross income from all sources | **14b** | |
| | **c** Gross income sourced at shareholder level | **14c** | |
| | Foreign gross income sourced at corporate level | | |
| | **d** Passive category | **14d** | |
| | **e** General category | **14e** | |
| | **f** Other (attach statement) | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | |
| | **g** Interest expense | **14g** | |
| | **h** Other | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **i** Passive category | **14i** | |
| | **j** General category | **14j** | |
| | **k** Other (attach statement) | **14k** | |
| | Other information | | |
| | **l** Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued | **14l** | |
| | **m** Reduction in taxes available for credit (attach statement) | **14m** | |
| | **n** Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties—gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties—deductions | **15e** | |
| | **f** Other AMT items (attach statement) | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses | **16c** | 1,144 |
| | **d** Property distributions | **16d** | 54,710 |
| | **e** Repayment of loans from shareholders | **16e** | |
| **Other Information** | **17a** Investment income | **17a** | |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement) | | |
| **Recon- ciliation** | **18** **Income/loss reconciliation**. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | **18** | 46,754 |

Form **1120S** (2009)

DAA

10087 04/22/2010 3:51 PM

Form 1120S (2009) **Asheville Arts Center, Inc.** ▬▬▬▬▬▬ Page 4

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 237 | | −17,359 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | | ( | |
| 3 | Inventories | | | | |
| 4 | U S government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | 123,132 | | 123,156 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 39,315 | | 41,672 | |
| b | Less accumulated depreciation | 9,415 ( | 29,900 | 13,065 ( | 28,607 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | | ( | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | | ( | |
| 14 | Other assets (attach statement) Stmt 3 | | | | 1,500 |
| 15 | Total assets | | 153,269 | | 135,904 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 7 | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) Stmt 4 | | 36,255 | | 44,572 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 117,593 | | 101,018 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 10,000 | | 10,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | −10,586 | | −19,686 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 153,269 | | 135,904 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 45,610 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14I (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14I, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $  1,144 | | | | |
| | | 1,144 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 46,754 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | 46,754 |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | −10,586 | | |
| 2 | Ordinary income from page 1 line 21 | 52,550 | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1 line 21 | ( ) | | |
| 5 | Other reductions Stmt 5 | 6,940 ( | ( ) | |
| 6 | Combine lines 1 through 5 | 35,024 | | |
| 7 | Distributions other than dividend distributions | 54,710 | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | −19,686 | | |

DAA

10087 04/22/2010 3:51 PM

671109

| | | | |
|---|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2009**

For calendar year 2009  or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**    ▶ See back of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | Part III (left) | | Part III (right) |
|---|---|---|---|
| 1 | Ordinary business income (loss)  **52,550** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss)  **-2,881** | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction  **2,515** | 16 | Items affecting shareholder basis  C★ **1,144** |
| 12 | Other deductions  A **400** | | D  **54,710** |
| | | 17 | Other information |

**Part I     Information About the Corporation**

**A** Corporation's employer identification number
██████████

**B** Corporation's name  address  city  state, and ZIP code

**Asheville Arts Center, Inc.**

**308 Merrimon Avenue**
**Asheville          NC 28801**

**C** IRS Center where corporation filed return
**e-file**

**Part II     Information About the Shareholder**

**D** Shareholder's identifying number
████████████

**E** Shareholder's name, address, city  state  and ZIP code

**Heather L Taft**
**PO Box 8323**

**Asheville          NC 28814-8323**

**F** Shareholder's percentage of stock
ownership for tax year          **100.000000 %**

For IRS Use Only

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2009

DAA

10087 04/22/2010 3:51 PM

Form **4562**

Department of the Treasury
Internal Revenue Service   (99)

### Depreciation and Amortization

### (Including Information on Listed Property)

▶ See separate instructions.   ▶ Attach to your tax return.

OMB No. 1545-0172

**2009**

Attachment
Sequence No. **67**

Name(s) shown on return
**Asheville Arts Center, Inc.**

Identifying number

Business or activity to which this form relates
**Regular Depreciation**

**Election To Expense Certain Property Under Section 179**

**Note: If you have any listed property, complete Part V before you complete Part I.**

| | | |
|---|---|---:|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | **1** 250,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** 2,515 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** 800,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** 250,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | Furniture for South Office | 2,515 | 2,515 | |
| | | | | |

| | | |
|---|---|---:|
| 7 | Listed property. Enter the amount from line 29 | **7** |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** 2,515 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** 2,515 |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** 49,669 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** 2,515 |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ▶ | **13** |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

**Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instr.)**

| | | |
|---|---|---:|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** |
| 15 | Property subject to section 168(f)(1) election | **15** |
| 16 | Other depreciation (including ACRS) | **16** |

**MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | |
|---|---|---:|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | **17** 1,522 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | |

**Section B—Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | 11/28/09 | 3,120 | 39 yrs. | MM | S/L | 10 |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | |
|---|---|---|---|---|---|
| 20a  Class life | | | | S/L | |
| b  12-year | | 12 yrs. | | S/L | |
| c  40-year | | 40 yrs. | MM | S/L | |

**Summary (See instructions.)**

| | | |
|---|---|---:|
| 21 | Listed property. Enter amount from line 28 | **21** |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g) and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** 1,532 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** |

For Paperwork Reduction Act Notice, see separate instructions

Form **4562** (2009)

DAA

**There are no amounts for Page 2**

10087 04/22/2010 3:51 PM

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) | **2009** |
| Department of the Treasury Internal Revenue Service   (99) | ▶ Attach to your tax return.     ▶ See separate instructions. | Attachment Sequence No.   **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| Asheville Arts Center, Inc. | ███████ |

**1** Enter the gross proceeds from sales or exchanges reported to you for 2009 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) . . . . . . . . . . . . . . . . | **1** |

**Part I**  **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)**

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| South Leasehold Improvements | 07/15/07 | 11/30/09 | | 397 | 3,278 | -2,881 |
| | | | | | | |

| | | |
|---|---|---|
| **3** Gain, if any, from Form 4684, line 43 | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft | **6** | |
| **7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | **7** | -2,881 |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| **8** Nonrecaptured net section 1231 losses from prior years (see instructions) | **8** | |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) | **9** | |

**Part II**  **Ordinary Gains and Losses (see instructions)**

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| 2009 Computer | 05/22/09 | 12/31/09 | | | 516 | -516 |
| | | | | | | |

| | | |
|---|---|---|
| **11** Loss, if any, from line 7 | **11** ( | ) |
| **12** Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** Gain, if any, from line 31 | **13** | |
| **14** Net gain or (loss) from Form 4684, lines 35 and 42a | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** Combine lines 10 through 16 | **17** | -516 |

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

**a** If the loss on line 11 includes a loss from Form 4684, line 39, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from "Form 4797, line 18a." See instructions | **18a** | |

**b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 | **18b** | |

For Paperwork Reduction Act Notice, see separate instructions.                                      Form **4797** (2009)

**There are no amounts for Page 2**

DAA

10087  Asheville Arts Center, Inc

**Federal Statements**

4/22/2010  3:51 PM

FYE: 12/31/2009

### Statement 1 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---:|
| Accrual to cash adjustment | $        -10,750 |
| Art Supplies | 5 |
| Automobile Expense | |
| Bank Charges | 6,104 |
| Birthday Party Exp | 632 |
| Business Gifts | 231 |
| Business Insuramce | 400 |
| Claims | |
| Commissions | 541 |
| Contract Services | 125 |
| Credit Card Fees | 8,380 |
| Dance supplies | 3,138 |
| Drama Supplies | 24,202 |
| Dues & Subscriptions | |
| Equipment Expense | 677 |
| Equipment Lease | 580 |
| Instructor Expenses | |
| Insurance Expense | 3,410 |
| Miscellaneous | 125 |
| Music Supplies | 14,917 |
| Networking | |
| Office Supplies | 2,574 |
| Parents Night Out | -29 |
| Parking Lot Rent | 2,675 |
| Postage | 356 |
| Preschool Expenses | 549 |
| Professional Fees | 16,854 |
| Program Expense | |
| Referral Fees | 700 |
| Refund | 2,281 |
| Registration fees | |
| Returnen Deposit | 41 |
| School supplies | 9,088 |
| Service Charges | 383 |
| Space Rental | |
| Teachers | 181,112 |
| Travel | 224 |
| Utilities | 23,500 |
| Website | 1,000 |
| 50% of Meals & Entertainment | 1,145 |
| Total | $      295,170 |

1

10087 Asheville Arts Center, Inc.
FYE: 12/31/2009

**Federal Statements**

4/22/2010 3:51 PM

**Statement 2 - Form 1120S, Page 3, Schedule K, Line 12a - Cash Contributions**

| Description | Cash Contrib 50% | Cash Contrib 30% | Total |
|---|---|---|---|
| Contributions | $ 400 | $ | $ 400 |
| Total | $ 400 | $ 0 | $ 400 |

2

10087  Asheville Arts Center, Inc

**Federal Statements**

4/22/2010  3:51 PM

FYE: 12/31/2009

### Statement 3 - Form 1120S, Page 4, Schedule L, Line 14 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Deposit | $ | $          1,500 |
| Total | $          0 | $          1,500 |

### Statement 4 - Form 1120S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| Payroll Tax | $       28,015 | $       37,572 |
| due To Nora Vitro | 8,000 | 7,000 |
| Other current Liabilities | 240 | |
| Total | $       36,255 | $       44,572 |

### Form 1120S, Page 4, Schedule M-1, Line 3 - Expenses on Books Not on Return

| Description | Amount |
|---|---|
| Shareholder Health Insurance | $ |
| Penalties | |
| Total | $          0 |

### Statement 5 - Form 1120S, Page 4, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| Disallowed Entertainment Exp | $          1,144 |
| Net Sec 1231 Loss | 2,881 |
| Charitable Contributions | 400 |
| Sec 179 Expense | 2,515 |
| Total | $          6,940 |

3-5

10087  Asheville Arts Center, Inc.

FYE: 12/31/2009

# Federal Statements
## Heather L Taft
## 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

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| Shareholder Health Insurance | $         0 |
| Penalties | 0 |
| Page 1 Meals/Entertainment | 1,144 |
| Total | $     1,144 |

10087  Asheville Arts Center, Inc.

FYE: 12/31/2009

# Federal Asset Report
## Form 1120S, Page 1

04/22/2010  3:51 PM

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Section 179 Expense:** | | | | | | | | | | | | |
| 6 | Furniture for South Office | 11/25/09 | 2,515 | | X | X | N/A | 7 | HY | 200DB | 0 | 2,515 |
| | | | 2,515 | | | | N/A | | | | 0 | 2,515 |
| **5-year GDS Property:** | | | | | | | | | | | | |
| 9 | 2009 Computer | 5/22/09 | 516 | | | X | 516 | 5 | HY | 200DB | 0 | 0 |
| | Sold/Scrapped: 12/31/09 | | | | | | | | | | | |
| | | | 516 | | | | 516 | | | | 0 | 0 |
| **7-year GDS Property:** | | | | | | | | | | | | |
| 6 | Furniture for South Office | 11/25/09 | N/A* | | X | X | 0 | 7 | HY | 200DB | 0 | 0 |
| | | | 0 | | | | 0 | | | | 0 | 0 |
| **Non-Residential Real Property:** | | | | | | | | | | | | |
| 8 | Leasehold Improvements New South Locatio | 11/28/09 | 3,120 | | | | 3,120 | 39 | MM | S/L | 0 | 10 |
| | | | 3,120 | | | | 3,120 | | | | 0 | 10 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | Leasehold Improvements | 8/15/08 | 9,227 | | | | 9,227 | 39 | MM | S/L | 89 | 236 |
| 3 | Leasehold Improvements | 7/15/07 | 16,222 | | | | 16,222 | 39 | MM | S/L | 406 | 416 |
| 4 | Equipment | 7/15/07 | 10,588 | | | | 10,588 | 5 | HY | 200DB | 8,597 | 796 |
| 5 | South Leasehold Improvements | 7/15/07 | 3,278 | | | | 3,278 | 39 | MM | S/L | 323 | 74 |
| | Sold/Scrapped: 11/30/09 | | | | | | | | | | | |
| | | | 39,315 | | | | 39,315 | | | | 9,415 | 1,522 |
| | **Grand Totals** | | 45,466 | | | | 42,951 | | | | 9,415 | 4,047 |
| | **Less: Dispositions and Transfers** | | 3,794 | | | | 3,794 | | | | 323 | 74 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 41,672 | | | | 39,157 | | | | 9,092 | 3,973 |

*Because this asset has 179 expense, its cost has been included in the Section 179 Property cost total

10087  Asheville Arts Center, Inc.

# Bonus Depreciation Report

04/22/2010  3:51 PM

FYE: 12/31/2009

| Asset | Property Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|-------|---------------------|-----------------|----------|---------|-----------------|---------------|-------------|----------------------|
| **Activity:  Form 1120S, Page 1** | | | | | | | | |
| 6 | Furniture for South Office | 11/25/09 | 2,515 | | 2,515 | 0 | 0 | 0 |
| 9 | 2009 Computer | 5/22/09 | 516 | | 0 | 0 | 0 | 516 |
| | **Form 1120S, Page 1** | | 3,031 | | 2,515 | 0 | 0 | 516 |
| | **\*Less:  Dispositions and Transfers** | | 516 | | 0 | 0 | 0 | 516 |
| | **Net Form 1120S, Page 1** | | 2,515 | | 2,515 | 0 | 0 | 0 |
| | **Grand Total** | | 3,031 | | 2,515 | 0 | 0 | 516 |
| | **Less:  Dispositions and Transfers** | | 516 | | 0 | 0 | 0 | 516 |
| | **Net Grand Total** | | 2,515 | | 2,515 | 0 | 0 | 0 |

10087  Asheville Arts Center, Inc

# AMT Asset Report
## Form 1120S, Page 1

04/22/2010  3:51 PM

FYE: 12/31/2009

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| **Section 179 Expense:** | | | | | | | | | | | | |
| 6 | Furniture for South Office | 11/25/09 | 2,515 | | X | X | N/A | 7 | HY | 200DB | 0 | 2,515 |
| | | | 2,515 | | | | N/A | | | | 0 | 2,515 |
| **5-year GDS Property:** | | | | | | | | | | | | |
| 9 | 2009 Computer | 5/22/09 | 516 | | | X | 516 | 5 | HY | 200DB | 0 | 0 |
| | Sold/Scrapped: 12/31/09 | | | | | | | | | | | |
| | | | 516 | | | | 516 | | | | 0 | 0 |
| **7-year GDS Property:** | | | | | | | | | | | | |
| 6 | Furniture for South Office | 11/25/09 | N/A* | | X | X | 0 | 7 | HY | 200DB | 0 | 0 |
| | | | 0 | | | | 0 | | | | 0 | 0 |
| **Non-Residential Real Property:** | | | | | | | | | | | | |
| 8 | Leasehold Improvements New South Location | 1/28/09 | 3,120 | | | | 3,120 | 39 | MM | S/L | 0 | 10 |
| | | | 3,120 | | | | 3,120 | | | | 0 | 10 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | Leasehold Improvements | 8/15/08 | 9,227 | | | | 9,227 | 39 | MM | S/L | 89 | 236 |
| 3 | Leasehold Improvements | 7/15/07 | 16,222 | | | | 16,222 | 39 | MM | S/L | 406 | 416 |
| 4 | Equipment | 7/15/07 | 10,588 | | | | 10,588 | 5 | HY | 200DB | 8,597 | 796 |
| 5 | South Leasehold Improvements | 7/15/07 | 3,278 | | | | 3,278 | 39 | MM | S/L | 323 | 74 |
| | Sold/Scrapped: 11/30/09 | | | | | | | | | | | |
| | | | 39,315 | | | | 39,315 | | | | 9,415 | 1,522 |
| | **Grand Totals** | | 45,466 | | | | 42,951 | | | | 9,415 | 4,047 |
| | **Less: Dispositions and Transfers** | | 3,794 | | | | 3,794 | | | | 323 | 74 |
| | **Net Grand Totals** | | 41,672 | | | | 39,157 | | | | 9,092 | 3,973 |

*Because this asset has 179 expense, its cost has been included in the Section 179 Property cost total

10087  Asheville Arts Center, Inc.

FYE: 12/31/2009

# ACE Asset Report
## Form 1120S, Page 1

04/22/2010  3:51 PM

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| **Section 179 Expense:** | | | | | | | | | | | | |
| 6 | Furniture for South Office | 11/25/09 | 2,515 | | X | X | N/A | 7 | HY | 200DB | 0 | 2,515 |
| | | | 2,515 | | | | N/A | | | | 0 | 2,515 |
| **5-year GDS Property:** | | | | | | | | | | | | |
| 9 | 2009 Computer | 5/22/09 | 516 | | | X | 516 | 5 | HY | 200DB | 0 | 0 |
| | Sold/Scrapped: 12/31/09 | | | | | | | | | | | |
| | | | 516 | | | | 516 | | | | 0 | 0 |
| **7-year GDS Property:** | | | | | | | | | | | | |
| 6 | Furniture for South Office | 11/25/09 | N/A* | | X | X | 0 | 7 | HY | 200DB | 0 | 0 |
| | | | 0 | | | | 0 | | | | 0 | 0 |
| **Non-Residential Real Property:** | | | | | | | | | | | | |
| 8 | Leasehold Improvements New South Location | 1/28/09 | 3,120 | | | | 3,120 | 39 | MM | S/L | 0 | 10 |
| | | | 3,120 | | | | 3,120 | | | | 0 | 10 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | Leasehold Improvements | 8/15/08 | 9,227 | | | | 9,227 | 39 | MM | S/L | 89 | 236 |
| 3 | Leasehold Improvements | 7/15/07 | 16,222 | | | | 16,222 | 39 | MM | S/L | 406 | 416 |
| 4 | Equipment | 7/15/07 | 10,588 | | | | 10,588 | 5 | HY | 200DB | 8,597 | 796 |
| 5 | South Leasehold Improvements | 7/15/07 | 3,278 | | | | 3,278 | 39 | MM | S/L | 323 | 74 |
| | Sold/Scrapped: 11/30/09 | | | | | | | | | | | |
| | | | 39,315 | | | | 39,315 | | | | 9,415 | 1,522 |
| | **Grand Totals** | | 45,466 | | | | 42,951 | | | | 9,415 | 4,047 |
| | **Less: Dispositions and Transfers** | | 3,794 | | | | 3,794 | | | | 323 | 74 |
| | **Net Grand Totals** | | 41,672 | | | | 39,157 | | | | 9,092 | 3,973 |

*Because this asset has 179 expense, its cost has been included in the Section 179 Property cost total

10087  Asheville Arts Center, Inc                                      04/22/2010  3:51 PM

# Depreciation Adjustment Report
## All Business Activities

FYE: 12/31/2009

| Form | Unit | Asset | Description | Tax | AMT | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | |
| Page 1 | 1 | 1 | Leasehold Improvements | 236 | 236 | 0 |
| Page 1 | 1 | 3 | Leasehold Improvements | 416 | 416 | 0 |
| Page 1 | 1 | 4 | Equipment | 796 | 796 | 0 |
| Page 1 | 1 | 5 | South Leasehold Improvements | 74 | 74 | 0 |
| Page 1 | 1 | 6 | Furniture for South Office | 2,515 | 2,515 | 0 |
| Page 1 | 1 | 8 | Leasehold Improvements New South Location | 10 | 10 | 0 |
| Page 1 | 1 | 9 | 2009 Computer | 0 | 0 | 0 |
| | | | | 4,047 | 4,047 | 0 |

10087  Asheville Arts Center, Inc.

**Future Depreciation Report**    **FYE: 12/31/10**

04/22/2010  3:51 PM

FYE: 12/31/2009

**Form 1120S, Page 1**

| Asset | Description | Date In Service | Cost | Tax | AMT |
|-------|-------------|-----------------|------|-----|-----|
| **Prior MACRS:** | | | | | |
| 1 | Leasehold Improvements | 8/15/08 | 9,227 | 237 | 237 |
| 3 | Leasehold Improvements | 7/15/07 | 16,222 | 416 | 416 |
| 4 | Equipment | 7/15/07 | 10,588 | 478 | 478 |
| 6 | Furniture for South Office | 11/25/09 | 2,515 | 0 | 0 |
| 8 | Leasehold Improvements New South Location | 11/28/09 | 3,120 | 80 | 80 |
| | | | 41,672 | 1,211 | 1,211 |
| | **Grand Totals** | | 41,672 | 1,211 | 1,211 |

10087 04/22/2010 3:51 PM

## Retained Earnings Reconciliation Worksheet

| Form **1120S** | For calendar year 2009 or tax year beginning | , ending | **2009** |
|---|---|---|---|

Name

**Asheville Arts Center, Inc.**

Employer Identification Number

### Schedule L - Retained Earnings

| | |
|---|---|
| Retained Earnings - Unappropriated | 0 |
| Accumulated Adjustments Account | -19,686 |
| Other Adjustments Account | 0 |
| Undistributed Previously Taxed Income | 0 |
| Schedule L, Line 24 - Retained Earnings | -19,686 |

### Schedule M-2 - Retained Earnings

| | Accumulated Adjustments Account | Other Adjustments Account | Undistributed Previously Taxed Income | Retained Earnings Unappropriated/ Timing Differences | Total Retained Earnings |
|---|---|---|---|---|---|
| Beg Yr Bal | -10,586 | 0 | 0 | 0 | -10,586 |
| Ordinary Inc (Loss) | 52,550 | | | | 52,550 |
| Other Additions | | | | | |
| Other Reductions | 6,940 | | | | 6,940 |
| Distributions | 54,710 | | | | 54,710 |
| End Yr Bal | -19,686 | 0 | 0 | 0 | -19,686 |

10087 04/22/2010 3:51 PM

| Form | **1120S** | Schedule K-1 Summary Worksheet | **2009** |
|------|-----------|-------------------------------|----------|

| Name | Employer Identification Number |
|------|-------------------------------|
| Asheville Arts Center, Inc. | |

| | Shareholder Name | SSN/EIN |
|--|------------------|---------|
| Column A | Heather L Taft | |
| Column B | | |
| Column C | | |
| Column D | | |

| | Schedule K Items | Column A | Column B | Column C | Column D | Sch K Total |
|---|---|---|---|---|---|---|
| 1 | Ordinary income | 52,550 | | | | 52,550 |
| 2 | Net rental RE inc | | | | | |
| 3c | Net other rental inc | | | | | |
| 4 | Interest income | | | | | |
| 5a | Ordinary dividends | | | | | |
| 5b | Qualified dividends | | | | | |
| 6 | Royalties | | | | | |
| 7 | Net ST capital gain | | | | | |
| 8a | Net LT capital gain | | | | | |
| 8b | Collectibles 28% gain | | | | | |
| 8c | Unrecap Sec 1250 | | | | | |
| 9 | Net Sec 1231 gain | -2,881 | | | | -2,881 |
| 10 | Other income (loss) | | | | | |
| 11 | Sec 179 deduction | 2,515 | | | | 2,515 |
| 12a | Contributions | 400 | | | | 400 |
| 12b | Invest interest exp | | | | | |
| 12c | Sec 59(e)(2) exp | | | | | |
| 12d | Other deductions | | | | | |
| 13a,c | Low-inc house 42|5 | | | | | |
| 13b,d | Low-inc house other | | | | | |
| 13e | Qualif rehab exp | | | | | |
| 13f | Rental RE credits | | | | | |
| 13g | Other rental credits | | | | | |
| 13h | Fuel alcohol credit | | | | | |
| 13i | Other credits | | | | | |
| 14b | Gross inc all src | | | | | |
| 14d-f | Total foreign inc | | | | | |
| 14g-k | Total foreign deds | | | | | |
| 14l | Total foreign taxes | | | | | |
| 14m | Reduct in taxes | | | | | |
| 15a | Depr adjustment | | | | | |
| 15b | Adjusted gain (loss) | | | | | |
| 15c | Depletion | | | | | |
| 15d | Inc-oil/gas/geoth | | | | | |
| 15e | Ded-oil/gas/geoth | | | | | |
| 15f | Other AMT items | | | | | |
| 16a | Tax-exempt interest | | | | | |
| 16b | Other tax-exempt | | | | | |
| 16c | Nonded expense | 1,144 | | | | 1,144 |
| 16d | Total property dist | 54,710 | | | | 54,710 |
| 16e | Shr loan repmts | | | | | |
| 17a | Investment income | | | | | |
| 17b | Investment expense | | | | | |
| 18 | Income (loss) | 46,754 | | | | 46,754 |

10087 04/22/2010 3:51 PM

| Form **1120S** | Two Year Comparison Worksheet Page 1 | | **2008 & 2009** |
|---|---|---|---|

Name

## Asheville Arts Center, Inc.

Employer Identification Number

| | | 2008 | 2009 | Differences |
|---|---|---|---|---|
| | Gross profit percentage | 100.0000 | 100.0000 | |
| | Gross receipts less returns and allowances | 559,807 | 572,712 | 12,905 |
| | Cost of goods sold | | | |
| **Income** | Gross profit | 559,807 | 572,712 | 12,905 |
| | Net gain (loss) from Form 4797 | | -516 | -516 |
| | Other income (loss) | | | |
| | **Total income (loss)** | 559,807 | 572,196 | 12,389 |
| | Compensation of officers | | | |
| | Salaries and wages less employment credits | 177,059 | 85,657 | -91,402 |
| | Repairs and maintenance | 6,979 | 5,700 | -1,279 |
| | Bad debts | | | |
| | Rents | 68,399 | 59,455 | -8,944 |
| | Taxes and licenses | 18,883 | 12,655 | -6,228 |
| **Deductions** | Interest | 16,829 | 7,395 | -9,434 |
| | Depreciation | 1,830 | 1,532 | -298 |
| | Depletion | | | |
| | Advertising | 35,449 | 52,082 | 16,633 |
| | Pension, profit-sharing etc., plans | | | |
| | Employee benefit programs | 7 | | -7 |
| | Other deductions | 248,932 | 295,170 | 46,238 |
| | **Total deductions** | 574,367 | 519,646 | -54,721 |
| | **Ordinary business income (loss)** | -14,560 | 52,550 | 67,110 |
| | Excess net passive income or LIFO recapture tax | | | |
| | Tax from Schedule D | | | |
| | **Total tax** | 0 | 0 | 0 |
| | Estimated tax and prior year overpayment credited | | | |
| | Tax deposited with Form 7004 | | | |
| **Tax and** | Credit for federal tax paid on fuels | | | |
| **Payments** | Refund applied for on Form 4466 | ( ) | ( ) | |
| | **Total payments and credits** | | | |
| | **Tax due (overpayment)** | 0 | 0 | 0 |
| | Estimated tax penalty from Form 2220 | | | |
| | Penalties and interest | | | |
| | **Net tax due (overpayment)** | 0 | 0 | 0 |
| | Overpayment credited to next year's estimated tax | | | |
| | Overpayment refunded | | | |

10087 04/22/2010 3:51 PM

| Form **1120S** | Two Year Comparison Worksheet Page 2 | 2008 & 2009 |
|---|---|---|

Name: **Asheville Arts Center, Inc.**

Employer Identification Number

| | | 2008 | 2009 | Differences |
|---|---|---|---|---|
| **Income (Loss)** | Ordinary business income (loss) | -14,560 | 52,550 | 67,110 |
| | Net rental real estate income (loss) | | | |
| | Other net rental income (loss) | | | |
| | Interest income | | | |
| | Dividend income | | | |
| | Royalties | | | |
| | Net short-term capital gain (loss) | | | |
| | Net long-term capital gain (loss) | | | |
| | Net Section 1231 gain (loss) | | -2,881 | -2,881 |
| | Other income (loss) | | | |
| **Deductions** | Section 179 deduction | | 2,515 | 2,515 |
| | Charitable contributions | 750 | 400 | -350 |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Other deductions | | | |
| **Credits** | Low-income housing credit (Section 42(j)(5)) | | | |
| | Low-income housing credit (other) | | | |
| | Qualified rehabilitation expenditures (rental real estate) | | | |
| | Other rental real estate credits | | | |
| | Other rental credits | | | |
| | Alcohol and cellulosic biofuel credit | | | |
| | Other credits | | | |
| **Foreign Transactions** | Total foreign gross income | | | |
| | Total foreign deductions | | | |
| | Total foreign taxes | | | |
| | Reduction in taxes available for credit | | | |
| **AMT Items** | Post-1986 depreciation adjustment | | | |
| | Adjusted gain or loss | | | |
| | Depletion (other than oil and gas) | | | |
| | Oil, gas, and geothermal properties-gross income | | | |
| | Oil, gas, and geothermal properties-deductions | | | |
| | Other AMT items | | | |
| **Items Affecting S/H Basis** | Tax-exempt interest income | | | |
| | Other tax-exempt income | | | |
| | Nondeductible expenses | 7,057 | 1,144 | -5,913 |
| | Property distributions | | 54,710 | 54,710 |
| | Repayment of loans from shareholders | | | |
| **Other Information** | Investment income | | | |
| | Investment expenses | | | |
| | Dividend distributions paid from accumulated E&P | | | |
| | Income (loss) (if Schedule M-1 is required) | -15,310 | 46,754 | 62,064 |

| Form **1120S** | Two Year Comparison Worksheet Page 3 | | | **2008 & 2009** |
|---|---|---|---|---|

Name: **Asheville Arts Center, Inc.**

Employer Identification Number

| | | 2008 | 2009 | Differences |
|---|---|---|---|---|
| **Schedule L** | Beginning assets | 157,307 | 153,269 | -4,038 |
| | Beginning liabilities and equity | 157,307 | 153,269 | -4,038 |
| | Ending assets | 153,269 | 135,904 | -17,365 |
| | Ending liabilities and equity | 153,269 | 135,904 | -17,365 |
| **Schedule M-1** | Net income (loss) per books | -22,367 | 45,610 | 67,977 |
| | Taxable income not on books | | | |
| | Book expenses not deducted | 7,057 | 1,144 | -5,913 |
| | Income on books not on return | | | |
| | Return deductions not on books | | | |
| | Income (loss) per return | -15,310 | 46,754 | 62,064 |
| **Schedule M-2 AAA** | Balance at beginning of year | 11,781 | -10,586 | -22,367 |
| | Ordinary income (loss) from page 1, line 21 | -14,560 | 52,550 | 67,110 |
| | Other additions | | | |
| | Other reductions | 7,807 | 6,940 | -867 |
| | Distributions other than dividend distributions | | 54,710 | 54,710 |
| | Balance at end of year | -10,586 | -19,686 | -9,100 |
| **Schedule M-2 OAA** | Balance at beginning of year | | | |
| | Other additions | | | |
| | Other reductions | | | |
| | Distributions other than dividend distributions | | | |
| | Balance at end of year | | | |
| **Schedule M-2 PTI** | Balance at beginning of year | | | |
| | Distributions other than dividend distributions | | | |
| | Balance at end of year | | | |
| **Schedule M-3** | Total income (loss) items: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| | Expense per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Deduction per tax return | | | |
| | Other items with no differences: | | | |
| | Income (loss) per income statement | | | |
| | Income (loss) per tax return | | | |
| | Reconciliation totals: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |

10087  Asheville Arts Center, Inc

**Federal Statements**

4/22/2010  3:51 PM

FYE: 12/31/2009

### Form 1120S, Page 1, Line 12 - Taxes and Licenses

| Description | Amount |
|---|---|
| Property taxes | $ 3,654 |
| Taxes | 206 |
| Payroll Taxes | 8,795 |
| Total | $ 12,655 |

### Form 1120S, Page 1, Line 13 - Interest

| Description | Amount |
|---|---|
| Interest & Fees | $ 7,395 |
| Total | $ 7,395 |

10087  Asheville Arts Center, Inc.

**Federal Statements**

4/22/2010  3:51 PM

FYE: 12/31/2009

### Form 1120S, Page 3, Schedule K, Line 16c - Nondeductible Expenses

| Description | Amount |
|---|---|
| Shareholder Health Insurance | $ |
| Penalties | |
| Page 1 Meals/Entertainment | 1,144 |
| Total | $  1,144 |

10087  Asheville Arts Center, Inc.

**Federal Statements**

4/22/2010  3:51 PM

FYE: 12/31/2009

### Form 1120S, P4, Sch L, Line 20 - Mortgages, Notes Bonds Pay in One Year or More

| Description | Beginning of Year | End of Year |
|---|---|---|
| Greystone Loan | $        9,928 | $        8,250 |
| Carolina First Loan | 84,746 | 72,247 |
| Self Help Loan | 22,919 | 20,521 |
| Total | $      117,593 | $      101,018 |