# Exhibit 6:

# Financial statement

# for Asheville Art Center, Inc.

# (Merrimon Avenue tenant)

2:59 PM
07/13/10
Accrual Basis

# Asheville Arts Center
## Profit & Loss
### July 2009 through June 2010

*shows adjustment for next year

|  | Jul '09 - Jun 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Birthday Parties** | |
| B-Day Parties - Main | 450.00 |
| **Total Birthday Parties** | 450.00 |
| Other Income | 196.60 |
| Refunded Tuition | -1,769.00 |
| Registration Fees | -75.00 |
| Scholarship Fund | 55.00 |
| **Space Rental** | |
| Space Rental - Main | 12,095.18 |
| Space Rental - Other | 529.00 |
| **Total Space Rental** | 12,624.18 |
| Summer Camps | 50,267.50 |
| Ticket Sales | 16,868.81 |
| **Tuition** | |
| **Dance** | |
| Dance - Ballet | 36,518.00 |
| Dance - Irish | 47,610.00 |
| Dance - Other | 12,825.00 |
| Dance - Other | 415.00 |
| **Total Dance** | 97,368.00 |
| **Drama** | |
| Drama - Academy | 102,008.53 |
| Drama - CTW | 87,527.05 |
| Drama - Junior Co. | 13,100.00 |
| Drama - Other | 2,279.00 |
| Drama - Other | 1,941.80 |
| **Total Drama** | 206,856.38 |
| **Music** | |
| Kindermusik | 55,396.00 |
| Music - Lessons | 31,771.50 |
| Rock U/JV Rock | 27,748.00 |
| Music - Other | 12,762.00 |
| **Total Music** | 127,677.50 |
| **Preschool** | |
| Preschool - Main | 60,036.00 |
| Preschool - South | 51,580.50 |
| Preschool - Other | 1,980.00 |
| **Total Preschool** | 113,596.50 |
| Tuition - Other | -16,965.77 |
| **Total Tuition** | 528,532.61 |
| **Total Income** | 607,150.70 |
| **Expense** | |
| Advertising Expense | 37,990.93 |
| Art Supplies | 5.11 |
| Bank Service Charges | 4,787.25 |
| **Birthday Party Expenses** | |
| B-Day Parties - Main | 8.16 |
| **Total Birthday Party Expenses** | 8.16 |

Page 1

2:59 PM
07/13/10
Accrual Basis

# Asheville Arts Center
## Profit & Loss
### July 2009 through June 2010

|  | Jul '09 – Jun 10 |
|---|---:|
| Business & Liability Insurance | 230.73 |
| Business Gifts | 151.03 |
| Commissions | 540.65 |
| Contract Services | 845.00 |
| Credit Card Fees | 7,342.75 |
| Deposit item returned | 41.00 |
| Depreciation Expense | 2,797.36 |
| Discount on Tuitions | 50,673.19 |
| Donation | 150.00 |
| **Drama Expenses** |  |
|   Drama – Main |  |
|     Drama CTW – Main | 14,537.23 |
|     Drama Other – Main | 659.60 |
|     Drama – Main – Other | 900.00 |
|   Total Drama – Main | 16,096.83 |
|   Drama Expenses – Other | 5,602.53 |
| Total Drama Expenses | 21,699.36 |
| Dues & Subscriptions | 225.00 |
| Elevator | 518.16 |
| Entertainment | 30.70 |
| Entertainment Expense | 579.23 |
| Equipment Expense | 1,200.67 |
| Equipment Lease | 488.57 |
| Gain/Loss Disposal of Fixed As | 3,411.33 |
| Insurance | 4,082.50 |
| Interest & Penalties | 7,671.25 |
| Irish Dance Supplies | 1,983.55 |
| **Kindermusik Supplies** |  |
|   KM – Main | 7,889.46 |
|   KM – North | 3,607.02 |
|   Kindermusik Supplies – Other | 4,085.91 |
| Total Kindermusik Supplies | 15,582.39 |
| Loan Repayment | 1,000.00 |
| Meals | 716.82 |
| Misc. Expenses | 5,663.07 |
| Music Supplies | 120.00 |
| Office Supplies | 2,552.86 |
| Parking Lot Rent | 2,625.00 |
| PayPal | 193.47 |
| Payroll Expenses | 87,567.74 |
| Postage and Shipping Expense | 177.14 |
| Preschool Expenses | 185.64 |
| **Professional Fees** |  |
|   Attorney Fees | 4,000.00 |
|   Professional Fees – Other | 10,517.80 |
| Total Professional Fees | 14,517.80 |
| Property Taxes | 243.31 |
| Referral Fees | 350.00 |
| Refund | 3,946.63 |
| Reimbursement | 489.00 |
| **Rent** |  |
|   Rent – Main | 21,412.91 |
|   Rent – North | 16,454.91 |
|   Rent – South | 10,950.00 |
|   Rent – Other | 3,441.92 |
| Total Rent | 52,259.74 |

*(handwritten note next to Rent – North and Rent – South: "no longer expenses")*

*Rent: cut expenses of North and South spaces + folded back into main space effective Aug 15, 2010

Page 2

2:59 PM
07/13/10
Accrual Basis

# Asheville Arts Center
## Profit & Loss
July 2009 through June 2010

|  | Jul '09 - Jun 10 |
|---|---:|
| **Repairs and Maintanence** | |
| Repairs - Main | 5,369.03 |
| Repairs - North | 816.95 |
| Repairs - South | 1,679.23 |
| Repairs and Maintanence - Other | 1,805.84 |
| **Total Repairs and Maintanence** | 9,671.05 |
| School Supplies | 5,798.51 |
| Service Charges | -20.00 |
| Taxes | 124.00 |
| Teachers | 153,885.13 |
| Travel | 223.62 |
| **Utilities** | |
| Utilities - Main | 16,222.94 |
| Utilities - North | 1,564.58 |
| Utilities - South | 4,864.47 |
| Utilities - Other | 42.95 |
| **Total Utilities** | 22,694.94 |
| **Total Expense** | 528,021.34 |
| **Net Ordinary Income** | 79,129.36 |
| **Net Income** | 79,129.36 |

*[Handwritten annotations: "cut expenses" (circling Repairs - Main, North, South, and Other); "cut expenses" (circling Utilities - Main, North, South, and Other)]*

*[Handwritten note at bottom:]* ✱ Expenses reduced by $41,620.85 for next year.

2:59 PM
07/13/10
Accrual Basis

# Asheville Arts Center
## Profit & Loss
### July 2009 through June 2010

|  | Jul '09 - Jun 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Birthday Parties** | |
| B-Day Parties - Main | 450.00 |
| **Total Birthday Parties** | 450.00 |
| Other Income | 196.60 |
| Refunded Tuition | -1,769.00 |
| Registration Fees | -75.00 |
| Scholarship Fund | 55.00 |
| **Space Rental** | |
| Space Rental - Main | 12,095.18 |
| Space Rental - Other | 529.00 |
| **Total Space Rental** | 12,624.18 |
| Summer Camps | 50,267.50 |
| Ticket Sales | 16,868.81 |
| **Tuition** | |
| **Dance** | |
| Dance - Ballet | 36,518.00 |
| Dance - Irish | 47,610.00 |
| Dance - Other | 12,825.00 |
| Dance - Other | 415.00 |
| **Total Dance** | 97,368.00 |
| **Drama** | |
| Drama - Academy | 102,008.53 |
| Drama - CTW | 87,527.05 |
| Drama - Junior Co. | 13,100.00 |
| Drama - Other | 2,279.00 |
| Drama - Other | 1,941.80 |
| **Total Drama** | 206,856.38 |
| **Music** | |
| Kindermusik | 55,396.00 |
| Music - Lessons | 31,771.50 |
| Rock U/JV Rock | 27,748.00 |
| Music - Other | 12,762.00 |
| **Total Music** | 127,677.50 |
| **Preschool** | |
| Preschool - Main | 60,036.00 |
| Preschool - South | 51,580.50 |
| Preschool - Other | 1,980.00 |
| **Total Preschool** | 113,596.50 |
| Tuition - Other | -16,965.77 |
| **Total Tuition** | 528,532.61 |
| **Total Income** | 607,150.70 |
| **Expense** | |
| Advertising Expense | 37,990.93 |
| Art Supplies | 5.11 |
| Bank Service Charges | 4,787.25 |
| **Birthday Party Expenses** | |
| B-Day Parties - Main | 8.16 |
| **Total Birthday Party Expenses** | 8.16 |

Page 1

2:59 PM
07/13/10
Accrual Basis

# Asheville Arts Center
## Profit & Loss
### July 2009 through June 2010

|  | Jul '09 - Jun 10 |
|---|---:|
| Business & Liability Insurance | 230.73 |
| Business Gifts | 151.03 |
| Commissions | 540.65 |
| Contract Services | 845.00 |
| Credit Card Fees | 7,342.75 |
| Deposit item returned | 41.00 |
| Depreciation Expense | 2,797.36 |
| Discount on Tuitions | 50,673.19 |
| Donation | 150.00 |
| Drama Expenses |  |
|   Drama - Main |  |
|     Drama CTW - Main | 14,537.23 |
|     Drama Other - Main | 659.60 |
|     Drama - Main - Other | 900.00 |
|   Total Drama - Main | 16,096.83 |
|   Drama Expenses - Other | 5,602.53 |
| Total Drama Expenses | 21,699.36 |
| Dues & Subscriptions | 225.00 |
| Elevator | 518.16 |
| Entertainment | 30.70 |
| Entertainment Expense | 579.23 |
| Equipment Expense | 1,200.67 |
| Equipment Lease | 488.57 |
| Gain/Loss Disposal of Fixed As | 3,411.33 |
| Insurance | 4,082.50 |
| Interest & Penalties | 7,671.25 |
| Irish Dance Supplies | 1,983.55 |
| Kindermusik Supplies |  |
|   KM - Main | 7,889.46 |
|   KM - North | 3,607.02 |
|   Kindermusik Supplies - Other | 4,085.91 |
| Total Kindermusik Supplies | 15,582.39 |
| Loan Repayment | 1,000.00 |
| Meals | 716.82 |
| Misc. Expenses | 5,663.07 |
| Music Supplies | 120.00 |
| Office Supplies | 2,552.86 |
| Parking Lot Rent | 2,625.00 |
| PayPal | 193.47 |
| Payroll Expenses | 87,567.74 |
| Postage and Shipping Expense | 177.14 |
| Preschool Expenses | 185.64 |
| Professional Fees |  |
|   Attorney Fees | 4,000.00 |
|   Professional Fees - Other | 10,517.80 |
| Total Professional Fees | 14,517.80 |
| Property Taxes | 243.31 |
| Referral Fees | 350.00 |
| Refund | 3,946.63 |
| Reimbursement | 489.00 |
| Rent |  |
|   Rent - Main | 21,412.91 |
|   Rent - North | 16,454.91 |
|   Rent - South | 10,950.00 |
|   Rent - Other | 3,441.92 |
| Total Rent | 52,259.74 |

Page 2

2:59 PM
07/13/10
Accrual Basis

# Asheville Arts Center
## Profit & Loss
### July 2009 through June 2010

|  | Jul '09 - Jun 10 |
|---|---:|
| **Repairs and Maintanence** |  |
| Repairs - Main | 5,369.03 |
| Repairs - North | 816.95 |
| Repairs - South | 1,679.23 |
| Repairs and Maintanence - Other | 1,805.84 |
| **Total Repairs and Maintanence** | 9,671.05 |
| School Supplies | 5,798.51 |
| Service Charges | -20.00 |
| Taxes | 124.00 |
| Teachers | 153,885.13 |
| Travel | 223.62 |
| **Utilities** |  |
| Utilities - Main | 16,222.94 |
| Utilities - North | 1,564.58 |
| Utilities - South | 4,864.47 |
| Utilities - Other | 42.95 |
| **Total Utilities** | 22,694.94 |
| **Total Expense** | 528,021.34 |
| **Net Ordinary Income** | 79,129.36 |
| **Net Income** | 79,129.36 |

3:09 PM
08/11/10
Accrual Basis

# Asheville Arts Center
## Balance Sheet
### As of December 31, 2008

|  | Dec 31, 08 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Carolina First | 236.42 |
| **Total Checking/Savings** | 236.42 |
| **Accounts Receivable** | |
| Accounts Receivable | -0.50 |
| **Total Accounts Receivable** | -0.50 |
| **Other Current Assets** | |
| Undeposited Funds | -240.00 |
| **Total Other Current Assets** | -240.00 |
| **Total Current Assets** | -4.08 |
| **Fixed Assets** | |
| Net Fixed Assets | 29,900.24 |
| **Total Fixed Assets** | 29,900.24 |
| **Other Assets** | |
| Due from Owner | 123,131.93 |
| **Total Other Assets** | 123,131.93 |
| **TOTAL ASSETS** | **153,028.09** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -0.14 |
| **Total Accounts Payable** | -0.14 |
| **Other Current Liabilities** | |
| Advances from Shareholders | -0.36 |
| Graystone Loan | 9,927.96 |
| Payroll Liabilities | 28,015.31 |
| Unsecured Loans | 8,000.00 |
| **Total Other Current Liabilities** | 45,942.91 |
| **Total Current Liabilities** | 45,942.77 |
| **Long Term Liabilities** | |
| Carolina First Loan | 84,746.36 |
| Self Help Loan | 22,918.63 |
| **Total Long Term Liabilities** | 107,664.99 |
| **Total Liabilities** | 153,607.76 |
| **Equity** | |
| Capital Stock | 10,000.00 |
| Opening Bal Equity | 36,496.19 |
| Owner's Draw | -15,565.60 |
| Owners Equity | -7,320.00 |
| Retained Earnings | -1,031.43 |
| Net Income | -23,158.83 |
| **Total Equity** | -579.67 |
| **TOTAL LIABILITIES & EQUITY** | **153,028.09** |

3:09 PM
08/11/10
Accrual Basis

# Asheville Arts Center
## Balance Sheet
### As of December 31, 2007

|  | Dec 31, 07 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Carolina First | 446.87 |
| Wachovia | 921.32 |
| **Total Checking/Savings** | 1,368.19 |
| **Accounts Receivable** | |
| Accounts Receivable | 61,146.00 |
| **Total Accounts Receivable** | 61,146.00 |
| **Other Current Assets** | |
| Undeposited Funds | -578.00 |
| **Total Other Current Assets** | -578.00 |
| **Total Current Assets** | 61,936.19 |
| **Fixed Assets** | |
| Net Fixed Assets | 24,400.41 |
| **Total Fixed Assets** | 24,400.41 |
| **Other Assets** | |
| Due from Owner | 6,804.67 |
| **Total Other Assets** | 6,804.67 |
| **TOTAL ASSETS** | **93,141.27** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 61,985.16 |
| **Total Accounts Payable** | 61,985.16 |
| **Other Current Liabilities** | |
| Advances from Shareholders | 2,144.64 |
| Graystone Loan | 9,448.58 |
| Payroll Liabilities | 7,422.99 |
| Unsecured Loans | 8,000.00 |
| **Total Other Current Liabilities** | 27,016.21 |
| **Total Current Liabilities** | 89,001.37 |
| **Long Term Liabilities** | |
| Carolina First Loan | 110,076.72 |
| **Total Long Term Liabilities** | 110,076.72 |
| **Total Liabilities** | 199,078.09 |
| **Equity** | |
| Opening Bal Equity | 36,496.19 |
| Owners Equity | -34,273.58 |
| Retained Earnings | -143,902.03 |
| Net Income | 35,742.60 |
| **Total Equity** | -105,936.82 |
| **TOTAL LIABILITIES & EQUITY** | **93,141.27** |

5:10 PM
08/10/10
Accrual Basis

## Asheville Arts Center
## Profit & Loss
### January 2007 through December 2009

| | Jan - Dec 07 | Jan - Dec 08 | Jan - Dec 09 | TOTAL |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Birthday Parties | 386 | 2 200 | 2 510 | 5 096 |
| Other Income | | 3 660 | 649 | 4 308 |
| Refunded Tuition | | -5 | -1,420 | -1 425 |
| Registration Fees | -2 625 | -250 | -75 | -2,950 |
| Scholarship Fund | | 1 027 | 665 | 1,692 |
| Space Rental | 10 384 | 18 276 | 15 884 | 44,544 |
| Summer Camps | | | 56 420 | 56,420 |
| Ticket Sales | 10,543 | 13,689 | 23 590 | 47 821 |
| Tuition | 549 686 | 524,420 | 474 489 | 1,548 595 |
| **Total Income** | 568 373 | 563,017 | 572,712 | 1 704 102 |
| **Expense** | | | | |
| Accrual to cash adjustment | | -74 598 | -10 750 | -85 348 |
| Advertising Expense | 78,001 | 34 808 | 52,082 | 164 891 |
| Art Supplies | 19 | | 5 | 24 |
| Auto Expense | 1 409 | 300 | | 1 709 |
| Bank Service Charges | | 20 | 6,104 | 6 123 |
| Birthday Party Expenses | | 214 | 632 | 846 |
| Business & Liability Insurance | 715 | 733 | 400 | 1 847 |
| Business Gifts | 462 | 641 | 231 | 1,334 |
| Commissions | | | 541 | 541 |
| Contract Services | 10 828 | 679 | 125 | 11 632 |
| Contributions | | 500 | | 500 |
| Credit Card Fees | | 9,103 | 8,380 | 17,483 |
| Deposit item returned | 7 | 75 | 41 | 123 |
| Depreciation Expense | 2 109 | 2,309 | 4 048 | 8 465 |
| Donation | | 250 | 400 | 650 |
| Drama Expenses | 14 399 | 10,735 | 24 202 | 49,336 |
| Dues & Subscriptions | 450 | 1,139 | | 1 589 |
| Elevator | 175 | 175 | | 350 |
| Entertainment | 6,268 | | | 6,268 |
| Entertainment Expense | 117 | 3,077 | 906 | 4,100 |
| Equipment Expense | 240 | 26 | 677 | 942 |
| Equipment Lease | 460 | 615 | 580 | 1,656 |
| Finance Charges | 140 | | | 140 |
| Gain/Loss Disposal of Fixed As | | | 3,398 | 3 398 |
| Health Insurance | 3,508 | 2,609 | | 6,117 |
| insurance claims | 234 | 1 480 | 325 | 2 038 |
| Insurance | 5 373 | 2,864 | 3,086 | 11,323 |
| Interest & Penalties | 6,501 | 19 350 | 7,395 | 33 246 |
| Irish Dance Supplies | 2 353 | 733 | 3 138 | 6,223 |
| Kindermusik Budget | 14,854 | | | 14 854 |
| Kindermusik Supplies | 118 | 18 424 | 14,786 | 33 328 |
| Loan Repayment | | | | |
| Meals | | 777 | 1 382 | 2 159 |
| Misc. Expenses | 3,360 | | 125 | 3,485 |
| Music Supplies | 54 | 116 | 131 | 301 |
| Networking | 597 | 31 | | 627 |
| Office Supplies | 8 758 | 3,621 | 2 574 | 14,953 |
| Parents Night Out | 1,859 | 94 | -29 | 1 924 |
| Parking Lot Rent | 2,600 | 2,000 | 2,675 | 7 275 |
| Payroll Expenses | 83 084 | 193,895 | 94 451 | 371,430 |
| Payroll Tax Expense | | 966 | | 966 |
| piano rent | 1 475 | | | 1,475 |
| Postage and Shipping Expense | | | 356 | 356 |
| Preschool Expenses | 1 817 | 7 331 | 549 | 9,698 |
| Professional Fees | 3 792 | 18,011 | 16 854 | 38 658 |
| Property Taxes | 280 | | 3 654 | 3 934 |
| Referral Fees | | | 700 | 700 |
| Refund | 9 182 | 3,779 | 2 281 | 15 241 |
| Refunds | | | | |
| Reimbursement | 244 | | | 244 |
| Rent | 120,000 | 142 997 | 59 455 | 322 453 |
| Repairs and Maintanence | 9,187 | 6 804 | 5 700 | 21 691 |

Page 1

5:10 PM
08/10/10
Accrual Basis

# Asheville Arts Center
## Profit & Loss
### January 2007 through December 2009

|  | Jan - Dec 07 | Jan - Dec 08 | Jan - Dec 09 | TOTAL |
|---|---|---|---|---|
| School Supplies | 10,184 | 10,194 | 9,088 | 29,466 |
| Service Charges | 5,305 | 1,767 | 383 | 7,455 |
| Space Rental Expense |  | 775 |  | 775 |
| Taxes | 9,438 | 1,080 | 206 | 10,724 |
| Teachers | 94,291 | 134,407 | 181,112 | 409,810 |
| Travel | 592 | 172 | 224 | 988 |
| Utilities | 17,734 | 19,696 | 23,500 | 60,930 |
| Website | 60 | 1,400 | 1,000 | 2,460 |
| **Total Expense** | 532,631 | 586,176 | 527,099 | 1,645,906 |
| **Net Ordinary Income** | 35,743 | -23,159 | 45,612 | 58,196 |
| **Net Income** | 35,743 | -23,159 | 45,612 | 58,196 |

3:08 PM  
08/11/10  
Accrual Basis

# Asheville Arts Center
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| ASB - Operating | -16,402.56 |
| ASB - Savings | 196.96 |
| Carolina First | -2,482.32 |
| **Total Checking/Savings** | -18,687.92 |
| **Accounts Receivable** | |
| Accounts Receivable | -0.05 |
| **Total Accounts Receivable** | -0.05 |
| **Other Current Assets** | |
| Undeposited Funds | 1,337.50 |
| **Total Other Current Assets** | 1,337.50 |
| **Total Current Assets** | -17,350.47 |
| **Fixed Assets** | |
| Net Fixed Assets | 28,606.27 |
| **Total Fixed Assets** | 28,606.27 |
| **Other Assets** | |
| Deposits | 1,500.00 |
| Due from Owner | 123,131.93 |
| **Total Other Assets** | 124,631.93 |
| **TOTAL ASSETS** | **135,887.73** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 0.31 |
| **Total Accounts Payable** | 0.31 |
| **Other Current Liabilities** | |
| Advances from Shareholders | -24.36 |
| Graystone Loan | 8,249.83 |
| Payroll Liabilities | 37,571.95 |
| Unsecured Loans | 7,000.00 |
| **Total Other Current Liabilities** | 52,797.42 |
| **Total Current Liabilities** | 52,797.73 |
| **Long Term Liabilities** | |
| Carolina First Loan | 72,246.77 |
| Self Help Loan | 20,520.55 |
| **Total Long Term Liabilities** | 92,767.32 |
| **Total Liabilities** | 145,565.05 |
| **Equity** | |
| Capital Stock | 10,000.00 |
| Opening Bal Equity | 36,496.19 |
| Owner's Draw | -103,383.11 |
| Owners Equity | 25,787.59 |
| Retained Earnings | -24,190.26 |
| Net Income | 45,612.27 |
| **Total Equity** | -9,677.32 |
| **TOTAL LIABILITIES & EQUITY** | **135,887.73** |